IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK L. BUNCE,
    *Plaintiff*,

v.  :  CIVIL NO. 23-1740

VISUAL TECHNOLOGY INNOVATIONS,
INC., and MATHU RAJAN,
    *Defendants.*

## SCHEDULING ORDER

**AND NOW**, this **2nd** day of **November, 2023**, upon consideration of the parties' Report of Rule 26(f) Meeting (ECF No. 14) and the representations made by counsel at the Preliminary Pretrial Pretrial Conference pursuant to Rule 16 held on October 26, 2023, it is hereby **ORDERED** that:

1. The parties shall promptly contact Judge Scott's Chambers if this case settles or if the parties would like to be referred to the Honorable Elizabeth T. Hey, United States Magistrate Judge, for settlement discussions.

2. All fact discovery shall be completed by **February 23, 2024**.

3. Motions for summary judgment, or any other dispositive motions, shall be filed by **March 29, 2024**. Responses to any motions for summary judgment shall be filed by **April 29, 2024**. Reply briefs in support of summary judgment shall be filed by **May 13, 2024**. Responses to other dispositive motions are due by **October 16, 2023**. All motions must conform with Judge Scott's Policies and Procedures.

4. The parties must submit pretrial memoranda and any complex motions in limine by **August 29, 2024**. Pretrial memoranda and motions in limine must comply with Local Rule of Civil Procedure 16.1(c) and Judge Scott's Policies and Procedures.

5.  The final pretrial conference shall be held in Chambers on **Thursday, September 5, 2024, at 10:00 a.m.**

6.  **This case will enter the trial pool for a Bench Trial on Tuesday, September 10, 2024.**

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge