IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, | : |
|     *Plaintiff*, | : |
| | : |
| v. | : CIVIL ACTION |
| | : NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, | : |
| INC., and MATHU RAJAN, | : |
|     *Defendants*. | : |

## ORDER

**AND NOW,** this **6th** day of **March, 2024**, upon consideration of Defendants' Motion to Dismiss and/or Stay (ECF No. 7), Plaintiff's Response to Defendants' Motion to Dismiss and/or Stay (ECF No. 10), Memorandum of Law in Reply to Motion to Dismiss and/or Stay (ECF No. 13), Defendants' Supplement to Pending Motion to Dismiss (ECF No. 20), and Plaintiff's Response to Defendants' Supplement to Pending Motion to Dismiss (ECF No. 21), it is hereby **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that the defendants shall file an Answer to the Complaint no later than **March 27, 2024**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge