IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE,<br><br>    Plaintiff,<br><br>    vs.<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC.<br><br>and<br><br>MATHU G. RAJAN,<br><br>    Defendants. | Civil Action<br><br>Case No. 2:23-cv-01740<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Bunce hereby gives notice that he withdraws his Motion for Partial Summary Judgment, Doc. 35, without prejudice to filing a subsequent motion for summary judgment.

Plaintiff filed his motion for partial summary judgment on March 29, 2024 to comply with the existing deadline for dispositive motions. *See* Scheduling Order, Doc. 17. At a status conference held on April 10, 2024, the Court stated that an amended scheduling order will be entered, which will set a new deadline for filing dispositive motions. The Court and counsel agreed that due to the scheduling changes Plaintiff would withdraw his pending motion, Doc. 35, without prejudice to him subsequently moving for summary judgment within the new deadline.

Respectfully submitted,

By: */s Michael D. Homans*
    Michael D. Homans
    ID No. 76624
    HOMANSPECK, LLC
    230 Sugartown Road, Suite 218
    Wayne, PA 19087
    (215) 419-7463
    mhomans@homanspeck.com

*Attorneys for Plaintiff Mark L. Bunce*

1

Michael P. Kohler, *admitted pro hac vice*
MILLER & MARTIN PLLC
Regions Plaza Suite 2100
1180 West Peachtree Street, NW
Atlanta, Georgia 30309-3407
(404) 962-6100
Michael.Kohler@millermartin.com

Robert F. Parsley, *admitted pro hac vice*
Tennessee Bar. No. 23819
MILLER & MARTIN PLLC
832 Georgia Ave., Suite 1200
Chattanooga, TN 37402
Office: (423) 756-6600
Bob.Parsley@millermartin.com

*Attorneys for Plaintiff Mark L. Bunce*