IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE,<br>   *Plaintiff,*<br><br>v.<br><br>VISUAL TECHNOLOGY INNOVATIONS,<br>INC., and MATHU RAJAN,<br>   *Defendants.* | :<br>:<br>:<br>: CIVIL ACTION<br>: NO. 23-1740<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW,** this **15th** day of **April, 2024**, upon consideration of Defendants' Motion to Compel With Memorandum (ECF No. 22), Plaintiff's Response in Opposition to Defendants' Motion to Compel (ECF No. 26), and Defendants' Reply Memorandum of Law in Support of Motion to Compel (ECF No. 27), and after consideration of the representations made by counsel at the Status Conference held on April 10, 2024, it is hereby **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that no later than **April 19, 2024**, the plaintiff shall submit the twelve documents listed on Plaintiff's Second Privilege and Redaction Log (ECF No. 22-1 at 8–11) to the Court for *in camera* review.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge