IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, *Plaintiff*, | : <br> : <br> : |
| v. | : CIVIL ACTION <br> : NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, INC., and MATHU RAJAN, *Defendants*. | : <br> : <br> : |

### ORDER

**AND NOW,** this **15th** day of **April, 2024,** upon consideration of Defendants' Motion for Reconsideration of Jurisdiction and Venue (ECF No. 30), Plaintiff's Brief in Opposition to Defendants' Motion for Reconsideration (ECF No. 31), and Defendants' Memorandum of Law in Reply for Motion for Reconsideration of Jurisdiction and Venue Determinations (ECF No. 32), and after consideration of the representations made by counsel at the Status Conference held on April 10, 2024, it is hereby **ORDERED** that the motion is **DENIED.**

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**