IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE,<br>　　　　　*Plaintiff*, | :<br>:<br>: |
| v. | : CIVIL ACTION<br>: NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS,<br>INC., and MATHU RAJAN,<br>　　　　　*Defendants*. | :<br>:<br>: |

## AMENDED SCHEDULING ORDER

**AND NOW,** this **15th** day of **April, 2024**, upon consideration of Plaintiff's Motion to Continue and Extend Deadlines For Discovery and Dispositive Motions (ECF No. 23), Defendants' Memorandum in Opposition to Plaintiff's Motion to Continue and Extend Deadlines For Discovery and Dispositive Motions (ECF No. 24), and Plaintiff's Reply in Support of Motion to Extend Deadlines (ECF No. 25), and after consideration of the representations made by counsel at the Status Conference held on April 10, 2024, it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order dated November 2, 2023 (ECF No. 17) is **AMENDED** as follows:

1. Plaintiff shall file his response to the defendants' Answer, Affirmative Defenses, Counterclaims, and Third-Party Claims by **April 16, 2024**.

2. All fact discovery shall be completed by **July 8, 2024**.

3. Motions for summary judgment, or any other dispositive motions, shall be filed by **August 8, 2024**. Responses to any motions for summary judgment shall be filed by **September 9, 2024**. Reply briefs in support of summary judgment shall be filed by **September 23, 2024**. Responses to other dispositive motions are due by **August 22, 2024**. All motions must conform

with Judge Scott's Policies and Procedures.

4. The parties must submit pretrial memoranda and any complex motions in limine by **December 19, 2024**. Pretrial memoranda and motions in limine must comply with Local Rule of Civil Procedure 16.1(c) and Judge Scott's Policies and Procedures.

5. The final pretrial conference shall be held in Chambers on **Tuesday, January 7, 2025, at 11:00 a.m.**

6. **This case will enter the trial pool on Tuesday, January 14, 2025.**

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**