IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

| MARK L. BUNCE, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| VISUAL TECHNOLOGY INNOVATIONS, INC. and MATHU G. RAJAN, | : | Civil Action Case No. C.A. No. 2:23-cv 01740 |
| Defendants/Counterclaim and Third-Party Plaintiffs | : | |
| vs. | : | |
| Mark Bunce , Counterclaim Defendant and | : | |
| Timothy McCarthy Third -Party Defendant | : | |

## **NOTICE OF A LAWSUIT**

## **AND REQUEST TO WAIVE SERVICE OF SUMMONS**

THIS NOTICE IS SUBMITTED TO RULE 4 OF RULES

To Timothy McCarthy

Blackfoot Point,
#104, 8826 Blackfoot Trail
SE Calgary AB T2J 3J1
tim@burlingtonresources-asia.com

**Why are you getting this?**

A lawsuit has been filed against you (a third-party claim against you in a case against other parties) in this court under the number shown above. A Answercopy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within (give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed,

along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: April 26, 2024

_(signature)_   (Signature of the attorney)

RAJA RAJAN

(Printed name)

Raja Rajan, Esquire
Attorney I.D. 58849
2009 Chestnut Street
Philadelphia, PA 19103
215-550-1002
267-566-0355
raja@rajanlaw.com
raja@advisory-capital-solutions.com

*Attorney for Defendants*