# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. BUNCE,<br><br>        Plaintiff, | : : : : | |
| vs. | : | |
| VISUAL TECHNOLOGY INNOVATIONS, INC.<br>  and<br>MATHU G. RAJAN,<br><br>    Defendants/Counterclaim and Third-Party Plaintiffs | : : : : : : : : | Civil Action Case No.<br>C.A. No. 2:23-cv 01740 |
| vs. | : | |
| Mark Bunce ,<br>    Counterclaim Defendant<br>  and<br>Timothy McCarthy<br>    Third -Party Defendant | : : : : : : | |

## **[PROPOSED] ORDER**

AND NOW, upon consideration of the Motion for Leave and supporting papers, and any opposition thereto, IT IS HEREBY ORDERED THAT

1. The amended Answer, Affirmative Defenses, Counterclaims, and Third Party Complaint substantially similar to the draft attached to Defendants' Motion, shall be filed within (3) business days hereof, unless already filed; and

2. Plaintiff Bunce and Third Party Defendant Timothy McCarthy shall file a response within the time allotted under the Rule of Civil Procedure after the date of this Order.

                                                                                 _____

                                                                                             J.

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| MARK L. BUNCE, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| vs. | : | |
| VISUAL TECHNOLOGY INNOVATIONS, INC. and MATHU G. RAJAN, | : | Civil Action Case No. C.A. No. 2:23-cv 01740 |
| Defendants/Counterclaim and Third-Party Plaintiffs | : | |
| vs. | : | |
| Mark Bunce, Counterclaim Defendant and | : | |
| Timothy McCarthy Third-Party Defendant | : | |

## MOTION FOR LEAVE WITH MEMORANDUM

NOW COME, Defendants, by and through their legal counsel, to ask permission/leave to file an amended Answer, Affirmative Defenses, Counterclaims, and third party claim and avers as follows:

1. This case is largely about Plaintiff seeking his investment monies back from a company he invested in Visual Innovations, Inc ("**VTI**").

2. Plaintiff invested in VTI to be a precursor investor to a 3rd party named Timothy McCarthy ("**McCarthy**").

3. McCarthy has been added to this lawsuit as a third-party Defendant as he is financially responsible to Plaintiff if anyone is; McCarthy frauded VTI (he is being sued in Nevada for that issue) and likely Plaintiff also.

4. Defendants ask that the Court refer to its memorandum of law which has been filed in support hereof and incorporated herein by reference as if fully set forth. That Memorandum has more specifics of which discovery has been thwarted.

WHEREFORE, Defendants ask that their proposed order be granted.

Respectfully submitted,

/s/ Raja Rajan

Raja Rajan, Esquire
Attorney I.D. 58849
2009 Chestnut Street
Philadelphia, PA 19103
215-550-1002
raja@rajanlaw.com
raja@advisory-capital-solutions.com
visualtechnologyinnovations@gmail.com

Dated: May 21, 2024

# CERTIFICATE OF SERVICE

I, Raja Rajan, hereby certify that on May 21, 2024, a true and correct copy of the foregoing was served via email to counsel listed below:

Michael D. Homans
ID No. 76624
HOMANSPECK, LLC
mhomans@homanspeck.com

Michael P. Kohler*
MILLER & MARTIN PLLC
Michael.Kohler@millermartin.com

*Attorneys for Plaintiff Mark L. Bunce*

Timothy McCarthy

tim@burlingtonresources-asia.com

*Third-Party Defendant*

/s/ Raja Rajan                                              May 21, 2024
Raja Rajan,
Esquire Attorney
I.D. 58849
2009 Chestnut Street
Philadelphia, PA 19103
215-550-1002

raja@rajanlawgroup.com

*For Defendants Visual Technology Innovations, Inc. and Mathu Rajan*