IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Civil Action |
| : | No. 2:23-cv-01740 |
| VISUAL TECHNOLOGY INNOVATIONS, : | |
| INC. : | District Judge Scott |
| : | |
| and : | Magistrate Judge Hey |
| : | |
| MATHU G. RAJAN, : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S MOTION TO DISMISS OR STRIKE SECOND AMENDED ANSWER AND COUNTERCLAIMS AND TO RECOVER ATTORNEYS' FEES**

Plaintiff Mark L. Bunce respectfully moves to dismiss and to strike Defendants' second amended answer and counterclaims (Doc. 62) pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(f), and 15(a)(2), and other applicable law.

On March 26, 2024, Defendants filed an answer to the complaint and asserted counterclaims. Doc. 33. Bunce timely moved to dismiss the counterclaims and to strike improper allegations. Doc. 49. On April 24, 2024, Defendants exercised their right to file a *first* amended answer and counterclaims. Doc. 52. Bunce timely moved to dismiss those amended counterclaims and to strike improper allegations. Doc. 58.

Defendants had 14 days to file a brief in response to Bunce's second motion to dismiss but failed to do so. *See* Local Rule 7.1(c). Instead, they moved for leave to file a *second* amended answer and counterclaims. Doc. 61. Contradicting their acknowledgment of the need for leave to file a second amended answer and counterclaims, they then filed their second amended answer and counterclaims without first obtaining Bunce's consent or this Court's permission. Doc. 62. That

1

violates Federal Rule of Civil Procedure 15(a)(2). Accordingly, the Court should dismiss and strike the second amended complaint. *See* Fed. R. Civ. P. 12(b)(6) & 12(f); Fed. R. Civ. P. 15(a).

A supporting brief and proposed order are submitted with this motion. Bunce has filed a separate brief opposing Defendants' motion to further amend their answer and counterclaims. Moreover, for the reasons stated in other briefing, the Court should dismiss with prejudice Defendants' first amended counterclaims and strike their impertinent damages allegations contained in those counterclaims. *See* Docs. 58 & 58-1.

The Court should also award Bunce his attorneys' fees incurred in preparing this motion under 28 U.S.C. § 1927.

Respectfully submitted,

By: *s/ Michael D. Homans*
    Michael D. Homans
    ID No. 76624
    HOMANSPECK, LLC
    230 Sugartown Road
    Suite 218
    Wayne, PA 19087
    (215) 419-7463
    mhomans@homanspeck.com

*Attorneys for Plaintiff Mark L. Bunce*

Michael P. Kohler, *admitted pro hac vice*
MILLER & MARTIN PLLC
Regions Plaza Suite 2100
1180 West Peachtree Street, NW
Atlanta, Georgia 30309-3407
(404) 962-6100
Michael.Kohler@millermartin.com

*Attorneys for Plaintiff Mark L. Bunce*

June 4, 2024