IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, | : |
| *Plaintiff* | : |
| vs. | : CIVIL ACTION NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, INC. | : |
| and | : |
| MATHU G. RAJAN, | : |
| *Defendants.* | : |

# **O R D E R**

AND NOW, this _____ day of _____, 2024, having considered the Plaintiff's motion to dismiss or strike the filed second amended answer and counterclaims, and any response thereto, it is hereby **ORDERED** that that Defendants' second amended answer and counterclaims (Doc. 62) is stricken and **DISMISSED** with prejudice.

Plaintiff is awarded his reasonable attorneys' fees and costs incurred in preparing and filing this motion, pursuant to under 28 U.S.C. § 1927, and within 14 days shall submit evidence of those fees for the Court's consideration.

**BY THE COURT:**

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**

27556524v1