IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, | : |
|           Plaintiff, | : Civil Action |
| vs. | : Case No. 2:23-cv-01740 |
| VISUAL TECHNOLOGY INNOVATIONS, INC. | : |
| and | : |
| MATHU G. RAJAN, | : |
|           Defendants. | : |

## CERTIFICATE OF SERVICE

I, Michael D. Homans, hereby certify that the foregoing Plaintiff's Motion to Dismiss or Strike Second Amended Answer and Counterclaims and to Recover Attorney's Fees; Plaintiff's Brief in Support of Motion to Dismiss or Strike Second Amended Answer and Counterclaims; and Proposed Order, were filed using the Court's electronic filing system on this 4th day of June 2024 and served upon all counsel of record via ECF notification.

                                                  *s/ Michael D. Homans*
                                                  MICHAEL D. HOMANS