# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. BUNCE, <br><br> Plaintiff, | : : : : : | |
| vs. | : | |
| VISUAL TECHNOLOGY INNOVATIONS, INC. and MATHU G. RAJAN, <br><br> Defendants/Counterclaim and Third-Party Plaintiffs | : : : : : : : : : | Civil Action Case No. C.A. No. 2:23-cv 01740 |
| vs. | : | |
| Mark Bunce , <br> Counterclaim Defendant <br> and | : : : : | |
| Timothy McCarthy <br> Third -Party Defendant | : : | |

## [PROPOSED] ORDER

**AND NOW,** upon consideration of the Motion to Enforce Settlement and supporting papers, and any opposition thereto, **IT IS HEREBY ORDERED THAT**

1. This lawsuit will be stayed thirty (30) days to allow the parties time to work out the details of a settlement that may have been reached;

2. The stay will be retroactively from June 28, 2024, the filing date of the above mentioned Motion, so the remaining days before the discovery deadline also apply if the lawsuit is not resolved;

3. The parties shall jointly promptly notify the Court if a resolution has been reached.

_____

J.

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. BUNCE,<br><br>      Plaintiff, | : : : : : | |
| vs. | : | |
| VISUAL TECHNOLOGY INNOVATIONS, INC.<br>  and<br>MATHU G. RAJAN,<br><br>    Defendants/Counterclaim and Third-Party Plaintiffs | : : : : : : : : : | Civil Action Case No.<br>C.A. No. 2:23-cv 01740 |
| vs. | : | |
| Mark Bunce ,<br>    Counterclaim Defendant<br>  and | : : : : | |
| Timothy McCarthy<br>    Third -Party Defendant | : : | |

## MOTION TO ENFORCE SETTLEMENT WITH MEMORANDUM

**NOW COME,** Defendants, by and through their legal counsel, to ask the Court to Enforce a Settlement reached between the parties to this lawsuit and avers as follows:

1.  This case is largely about Plaintiff seeking his investment monies back from a company he invested in Visual Innovations, Inc ("**VTI**").

2.  Plaintiff invested in VTI to be a precursor investor to a 3rd party named Timothy McCarthy ("**McCarthy**").

3.  McCarthy has been added to this lawsuit as a third-party Defendant as he is financially responsible to Plaintiff if anyone is; McCarthy defrauded VTI (he is being sued in Nevada for that issue) and likely Plaintiff also.

4.  Defendants ask that the Court refer to its memorandum of law which has been filed in support hereof and incorporated herein by reference as if fully set forth. That Memorandum has more specifics.

**WHEREFORE**, Defendants ask that their proposed order be granted.

Respectfully submitted,

/s/ Raja Rajan

Raja Rajan, Esquire
Attorney I.D. 58849
2009 Chestnut Street
Philadelphia, PA 19103
215-550-1002
raja@rajanlaw.com
raja@advisory-capital-solutions.com
visualtechnologyinnovations@gmail.com

Dated: June 28, 2024

## CERTIFICATE OF SERVICE

I, Raja Rajan, hereby certify that on June 28, 2024, a true and correct copy of the foregoing was served via email to counsel listed below:

Michael D. Homans
ID No. 76624
HOMANSPECK, LLC
mhomans@homanspeck.com

Michael P. Kohler*
MILLER & MARTIN PLLC
Michael.Kohler@millermartin.com

*Attorneys for Plaintiff Mark L. Bunce*

Timothy McCarthy

tim@burlingtonresources-asia.com

*Third-Party Defendant*

/s/ Raja Rajan                                                                 June 28, 2024
Raja Rajan,
Esquire Attorney
I.D. 58849
2009 Chestnut Street
Philadelphia, PA 19103
215-550-1002

raja@rajanlawgroup.com
Attorney for Defendants

*For Defendants Visual Technology Innovations, Inc. and Mathu Rajan*