IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE,<br>   *Plaintiff*, | :<br>:<br>: |
| v. | :  CIVIL ACTION<br>:  NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS,<br>INC., and MATHU RAJAN,<br>   *Defendants*. | :<br>:<br>: |

## ORDER

**AND NOW,** this **13th** day of **August, 2024**, upon consideration of Defendants' Motion to Enforce Settlement With Memorandum (ECF No. 71), Plaintiff's Response to Defendants' Motion to Enforce Settlement (ECF No. 73), and Memorandum of Law in Reply of Defendant's Motion to Enforce Settlement (ECF No. 76), and after consideration of the representations made by counsel at the Status Conference held on August 8, 2024, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**