## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **MARK L. BUNCE,** | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | **NO. 23-1740** |
| **VISUAL TECHNOLOGY INNOVATIONS,** | : | |
| **INC., and MATHU RAJAN,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW,** this **13th** day of **August, 2024**, upon consideration of Plaintiff's Motion to Dismiss or Strike Second Amended Answer and Counterclaims and to Recover Attorneys' Fees (ECF No. 66), Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Dismiss Counterclaims and Reply in Support of Leave to Amend (ECF No. 68), and Reply in Support of Plaintiff's Motion to Dismiss or Strike Second Amended Answer and Counterclaims (ECF No. 70), and after consideration of the representations made by counsel at the Status Conference held on August 8, 2024, it is hereby **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1.     Defendants' Second Amended Answer, Affirmative Defenses, Counterclaims and Third-Party Claims (ECF No. 62) is **STRICKEN** as improperly filed.

2.     Plaintiff's request for an award of attorneys' fees under 28 U.S.C. § 1927 for fees he incurred to prepare and file his motion is **DENIED WITHOUT PREJUDICE**.

**BY THE COURT:**

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**