IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, : | |
| *Plaintiff*, : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, : | |
| INC., and MATHU RAJAN, : | |
| *Defendants*. : | |

## ORDER

**AND NOW,** this **16th** day of **September, 2024**, upon consideration of Plaintiff's Motion to Dismiss Counterclaims and to Strike (ECF No. 58), and after consideration of the representations made by counsel at the Status Conference held on August 8, 2024, it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. All counterclaims asserted by Defendant Visual Technology Innovations, Inc. against Plaintiff in Defendants' Amended Answer (ECF No. 52), including Count I, for common-law fraud, Count II, for breach of the implied covenant of good faith and fair dealing, Count III, for breach of contract, the Count for violation of Nevada securities law, and the Count for fraudulent concealment, are **DISMISSED WITH PREJUDICE**.

2. All allegations in Defendants' Answer (ECF No. 33) and in Defendants' Amended Answer (ECF No. 52) that Plaintiff has caused the Defendants to incur $500,000,000 in counterclaim damages are **STRICKEN**.

BY THE COURT:

/s/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**