IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE,<br>    *Plaintiff,* | :<br>:<br>: |
| v. | : CIVIL ACTION<br>: NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS,<br>INC., and MATHU RAJAN,<br>    *Defendants.* | :<br>:<br>:<br>: |

## SECOND AMENDED SCHEDULING ORDER

**AND NOW,** this **19th** day of **September, 2024**, after consideration of the representations made by counsel at the Status Conference held on September 17, 2024, it is hereby **ORDERED** that Stay on the deadlines set forth in the April 15, 2024 Amended Scheduling Order (ECF No. 75) is **LIFTED**.

**IT IS FURTHER ORDERED** that the Amended Scheduling Order (ECF No. 47) is **AMENDED** as follows:

1. Motions for summary judgment, or any other dispositive motions, shall be filed by **October 17, 2024**. Responses to any motions for summary judgment shall be filed by **November 18, 2024**. Reply briefs in support of summary judgment shall be filed by **December 9, 2024**. Responses to other dispositive motions are due by **October 31, 2024**. All motions must conform with Judge Scott's Policies and Procedures.

2. The parties must submit pretrial memoranda and any complex motions in limine by **February 25, 2025**. Pretrial memoranda and motions in limine must comply with Local Rule of Civil Procedure 16.1(c) and Judge Scott's Policies and Procedures.

3. The final pretrial conference shall be held in Chambers on **Tuesday, March 4, 2025, at 11:00 a.m.**

4.      This case will enter the trial pool on Tuesday, March 11, 2025.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge