IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, | : |
| *Plaintiff* | : |
| vs. | : CIVIL ACTION NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, INC. | : |
| and | : |
| MATHU G. RAJAN, | : |
| *Defendants*. | : |

# O R D E R

Have considered the Defendants' Motion for Summary Judgment, Plaintiff's Response in opposition, and all relevant matters of record, Defendants' Motion for Summary Judgment is hereby **DENIED**.

BY THE COURT:

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**

28028716v1