**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK L. BUNCE, : | |
|     *Plaintiff*, : | |
| : | |
| v. : | **CIVIL ACTION** |
| : | **NO. 23-1740** |
| VISUAL TECHNOLOGY INNOVATIONS, : | |
| INC., and MATHU RAJAN, : | |
|     *Defendants*. : | |

## ORDER

**AND NOW,** this **10th** day of **December 2024**, upon consideration of Defendant Visual Technology Innovations, Inc.'s Motion to Reinstate Third Party Complaint (ECF No. 110), Plaintiff's Response (ECF No. 115), Defendant's Reply (ECF No. 120), Amy Doehring's Motion for Pro Hac Vice (ECF No. 121), and after consideration of the representations made by counsel at the Status Conference held on December 9 2024, it is hereby **ORDERED** that:

1. Defendant Visual Technology Innovations, Inc.'s Motion to Reinstate Third Party Complaint is **DENIED**.

2. Amy Doehring's Motion for Pro Hac Vice is **DENIED**.

BY THE COURT:

*/S/ Kai N. Scott*
**HON. KAI N. SCOTT**
**United States District Court Judge**