IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. BUNCE, <br><br> Plaintiff, | : <br> : <br> : <br> : | |
| vs. | : | |
| VISUAL TECHNOLOGY INNOVATIONS, INC. <br> and <br> MATHU G. RAJAN, <br><br> Defendants/Counterclaim and Third-Party Plaintiffs | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action Case No. <br> C.A. No. 2:23-cv 01740 |
| vs. | : | |
| Mark Bunce, <br> Counterclaim Defendant <br> and <br> Timothy McCarthy <br> Third -Party Defendant | : <br> : <br> : <br> : <br> : <br> : | |

**<u>NOTICE OF BANKRUPTCY FILING AND REQUEST FOR AUTOMATIC STAY</u>**

Defendants' Bankruptcy Filing and Request for Stay

Dear Clerk of Court:

Please take notice that on January 6, 2025, the defendants, filed a petition for relief under the United States Bankruptcy Code in the United States Bankruptcy Courts.

VISUAL TECHNOLOGY INNOVATIONS, INC.-in Bankruptcy Court in Nevada which has assigned case number 25−10024−abl and the automatic stay under 11 U.S.C. § 362(a) is now in effect.

As a result of the filings, the defendants are entitled to an automatic stay of all judicial proceedings, including those currently pending in this Court. We respectfully request that the Court take notice of the automatic stay and take the necessary steps to stay the proceedings in the above-referenced case, pending further order of the Bankruptcy Courts or resolution of the bankruptcy matters.

Mathu Rajan-in Bankruptcy Court in Eastern District of Pennsylvania which has assigned case number 25-10042 and the automatic stay is now in effect.

Additionally, we request that the hearing scheduled for January 7, 2025 be canceled or rescheduled to a later date, if necessary, to comply with the provisions of the automatic stay.

We respectfully request that the Court enter an order acknowledging the automatic stay and continuing any pending hearings or proceedings until further notice from the Bankruptcy Court.

If any further information or documentation is required, please do not hesitate to contact us.

Thank you for your attention to this matter.

Dated: January 6, 2024    Respectfully submitted,

/s/ Raja Rajan
Raja Rajan, Esquire, Attorney I.D. 58849
2009 Chestnut Street
Philadelphia, PA 19103
215-550-1002
raja@rajanlawgroup.com