# Exhibit D

**Summary of Expenses**

| No. | Exhibit Pages | Item | Amount |
|---|---|---|---|
| 1. | 3 – 10 | Flight from Atlanta, GA to Philadelphia, PA 1/6/25 and return flight 1/7/25 | $758.57 |
| 2. | 11 – 13 | Hotel in Philadelphia one night 1/6/25 to 1/7/25 | $228.70 |
| 3. | 14 | Taxi fee from airport to hotel 1/6/25 | $ 34.80 |
| 4. | 15 – 18 | Uber fee from hotel to airport 1/7/25 | $ 62.46 |
| 5. | 19 | Meal 1/7/25 | $ 28.76 |
| 6. | 20 | Meal 1/6/25 | $ 12.68 |
| 7. | | Tips (no receipts) | $ 30.00 |
| | | **Total Expenses:** | **$1,155.97** |

 # ____ 9950
Silver Medallion®

## Confirmation Number

### GM8RQS



You're all set. If your plans change, you can make adjustments or cancel your itinerary on **MyTrips** on the Fly Delta app or **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

4

## Passenger Info

Name: MICHAEL PAUL KOHLER
SkyMiles # 9950
Silver

| FLIGHT | SEAT |
|--------|------|
| DELTA 1174 | **Select Seat** |
| DELTA 2131 | **Select Seat** |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Mon, 06JAN | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 1174<br>Delta Comfort+® (S) | ATLANTA<br>8:59pm | PHILADELPHIA, PA<br>10:52pm |

| Tue, 07JAN | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 2131<br>Delta Comfort+® (S) | PHILADELPHIA, PA<br>6:07pm | ATLANTA<br>8:35pm |

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: **0062293390796**
Place of Issue:
Issue Date: 30DEC24
Expiration Date: 30DEC25

| METHOD OF PAYMENT | |
|---|---|
| AX***********5003 | **$758.57 USD** |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $677.55 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $50.82 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $10.00 USD |
| **TICKET AMOUNT** | **$758.57 USD** |

6

### Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit **delta.com** for details on baggage embargoes that may apply to your itinerary.

**Mon 06 Jan 2025**                                                      **ATL-PHL**

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | FREE (70LBS/32KG) WAS: $35.00^{USD} OR 3,500 miles | $45.00^{USD} (50LBS/23KG) OR 4,500 miles |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

**Tue 07 Jan 2025**                                                      **PHL-ATL**

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | FREE (70LBS/32KG) WAS: $35.00^{USD} OR 3,500 miles | $45.00^{USD} (50LBS/23KG) OR 4,500 miles |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

# Your Pre-Trip Checklist For Easier Travel



### Book Delta Stays And Car Rentals

Earn miles by booking your travel accommodations with our hotel and car rental partners.

**Book Today ›**



### Flight Deals And More Delivered

Opt in through your SkyMiles profile to receive the latest flight deals and promotions.

**Update Your Account ›**



### Visit Our Help Center

Find information on self-service tools, baggage, SkyMiles and more.

**Explore Now ›**

### Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit **delta.com Restricted Items Section.**



Help Center    ●    Flight Deals    ●    Earn Miles    ●    Stays & Cars

   

Privacy Policy

---

We believe travel can change the world. For good. Learn more about our Flight to Net Zero$^{SM}$ at delta.com/sustainability.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ATL DL PHL Q0.17 292.09LA7NX0IL DL ATL Q0.17 385.12QA7NA0IL USD677.55END ZP ATLPHL XF ATL4.5PHL4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions and information, please visit delta.com/myprofile/preferences.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our <u>Privacy Policy</u>.

You are receiving this operational message due to your upcoming travel or recent activity with Delta. Even if you have opted-out of receiving Delta marketing communications, you may still receive operational emails with relevant information based on your upcoming travel or recent activity.

This email was sent to: <u>MICHAELPKOHLER@</u>          <u>COM</u>

© 2024 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

247382E-Receiptprod

**AMERICAN EXPRESS**

ACCOUNT ENDING       )3                                         CARD MEMBER

Blue Cash                                                       MICHAEL KOHLER

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Dec 30, 2024 | **HOTEL*Delta**<br>1111 EXPEDIA GROUP WAY WEST<br><br>SEATTLE<br>WA<br>98119<br>(866) 202-1813<br>https://www.expediagroup.com | **HOTEL*Delta SEATTLE WA**<br><br>Will appear on your Jan 28, 2025 statement as HOTEL*Delta SEATTLE WA<br><br>CARD<br>MICHAEL KOHLER<br><br>REWARDS<br><br>ADDITIONAL INFORMATION<br>)107<br>MICHAEL KOHLER<br>CANOPY BY HILTON PHILADELPHIA CENTER CIT | $228.70 |

Redacted

12

Begin forwarded message:

**From:** Reservations Support <reservations_wekfidzb@chat.mytravelchat.com>
**Date:** December 30, 2024 at 6:17:52 PM EST
**To:** MICHAELPKOHLER@ Red .com
**Subject: Hotel Canopy by Hilton Philadelphia Center City sent you a message**

**Booking Identifier:** Redacted **9862**

Canopy by Hilton Philadelphia Center City sent you a message:

Michael Kohler,

Thank you for booking at Canopy by Hilton Philadelphia Center City, on Travel Agent Affiliate Program. We look forward to your stay on 2025-01-06 to 2025-01-07. While you prepare for your stay we wanted to share some information about our property and policies.

Once the historic Stephen Girard Building, our 19th-century hotel sits in Philadelphia's Midtown Village neighborhood. We're circled by dining, two blocks from Reading Terminal Market, and a half-mile from Independence Hall. Grab a complimentary Canopy Bike to explore the area and enjoy our 24-hour fitness center and free WiFi.

Parking:

13

Valet parking is available for $62 + tax per night with In/Out privileges.

Check-in:
After 4 pm on 2025-01-06, please let us know if you plan on arriving after 11 pm. Early check-in is based on availability and is also "first come, first served". If we have the availability when you arrive we will definitely accommodate you, but if we do not we certainly store your luggage as long as you need.

Check-out:
Before noon on 2025-01-07, late check-out is available for an additional fee upon availability. We can store your luggage while you explore the city too.

Smoking policy:
This hotel is 100% non-smoking.

Please let us know if you have any questions or special requests directly at +1 215-258-9400. If you need to make a change to your reservation please first contact Travel Agent Affiliate Program.

We look forward to seeing you soon.
Canopy by Hilton Philadelphia Center City
1180 Ludlow Street
Philadelphia, Pennsylvania 19107 USA

 Stay secure! Never provide credit card information in a message or on a website after completing your booking.

**Reply**

When you reply to this message, we replace your email address with an internal one to protect your identity and to facilitate the transmission of this message.

You are receiving this message from the hotel as part of your current booking.

14

```
Merchant: Curb Mobility
LLC
Contact #: 1(800) 488-87
04
email: cs@gocurb.com
Address: 11-11 34 Ave, L
IC, NY 11106

       215 GET A CAB
       215 438-2222

****CREDIT CARD SALE****

*******DRIVER COPY*******
Merchant ID:           908
ENTRY METHOD:
CONTACT CHIP
AID:      Redacted    0801
APPL. Name:
AMERICAN EXPRESS
ATC:                  036A
AC:       Redacted    5BB5
Mode:               Issuer

TERMINAL               098
DRIVER              104248
CAB                  F0324
PASSENGERS               1
DATE            06/01/2025
START            23:37:50
END              23:54:19
TRIP               13789
AIRPORT RATE 2
DISTANCE          8.67 mi
FARE R2             32.00
SUB TOTAL           32.00
TIP                  2.00
Fuel Surcharge       0.80
TOTAL               34.80
AMEX                 5005
AUTH               0E0301
  NO SIGNATURE REQUIRED
**************************
    PPA Complaint:
    215 683-9440
```



Begin forwarded message:

**From:** Uber Receipts <noreply@uber.com>
**Date:** January 7, 2025 at 4:06:23 PM EST

**To:** MICHAELPKOHLER@ Red .com
**Subject: Your Tuesday afternoon trip with Uber**

16

**Uber**

Total **$62.46**
January 7, 2025

# Total                              $62.46

| | |
|---|---|
| Trip fare | $43.30 |

| | |
|---|---|
| Subtotal | $43.30 |
| Booking Fee ❓ | $3.34 |
| PHL Airport Del Co Surcharge | $0.40 |
| PHL Airport Dropoff Surcharge | $4.35 |
| Tip | $10.41 |
| Philadelphia TNC Assessment Fee | $0.66 |

**Payments**

| | | |
|---|---|---|
| Apple Pay | **Apple Pay American Express ••••0560** | $62.46 |
| | 1/7/25 4:06 PM | |

**Switch Payment Method**

2

**Download PDF**

## You rode with Abdul

**4.95** ★ Rating

👤✓ Has passed a multi-step safety screen

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

`UberXL`   13.38 miles | 27 min

■ **3:27 PM**
1500 Market St,
Philadelphia, PA 19102, US

↓ **3:55 PM**
8000 Essington Ave,
Philadelphia, PA 19153, US







ACCOUNT ENDING ▢ 03

CARD MEMBER

19

Blue Cash

MICHAEL KOHLER

| DATE | | DESCRIPTION | | AMOUNT |
|------|---|-------------|---|--------|
| Jan 7 | **CANOPY PHILADELPHIA ROOMS**<br>1180 LUDLOW ST<br><br>PHILADELPHIA<br>PA<br>19107<br>(215) 258-9400<br>https://www.roomphiladelphia.com/ | **CANOPY PHILADELPHIA PHILADELPHIA PA**<br><br>Will appear on your Jan 28, 2025 statement as<br>CANOPY PHILADELPHIA PHILADELPHIA PA<br><br>CARD<br>MICHAEL KOHLER<br><br>REWARDS<br>Redacted<br><br>THANK YOU FOR YOUR STAY | CHECK-IN<br>January 6, 2025<br><br>ADDITIONAL INFORMATION<br>207026 215-258-9400<br>LODGING | $28.76 |

CHECK-OUT
January 7, 2025

*Burn*

# Chick-fil-a #6069
## Paradies Lagardere
### Atlanta, GA

531359  MYA C                     Till: 60695
------------------------------------------------
Chk 50371           01/06/2025  06:57:36 PM
------------------------------------------------
                                          USD
#3 8 ct                                 11.54
>Fry M                                   0.00
>Sunjoy M                                0.20

                        Subtotal: 11.74
                          Taxes:  0.94

## Total USD                    12.68

## NOTE:                   michael

Cash payment                             12.68
Cash given: 13.00    Change: 0.32


**WE WOULD LOVE TO HEAR FROM YOU!**
Scan the code to leave us an online review

