IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE,<br>    *Plaintiff*, | :<br>:<br>: |
| v. | :   CIVIL ACTION<br>:   NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS,<br>INC., and MATHU RAJAN,<br>    *Defendants*. | :<br>:<br>: |

## ORDER

**AND NOW**, this **27th** day of **January 2025**, upon consideration of Defense Attorney Raja Rajan's Response in Opposition to Plaintiff's Memorandum re Motion to Dismiss, Strike, or Sever Third-Party Complaint, for Discovery Sanctions, and for an Award of Attorneys' Fees and Order Awarding Sanctions (ECF No. 137), Plaintiff is hereby **ORDERED** to reply to Mr. Rajan's Response by **February 3, 2025**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge