### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK L. BUNCE** : | |
| *Plaintiff(s)* : | |
| : | |
| v. : | **CIVIL NO. 23-1740** |
| : | |
| **VISUAL TECHNOLOGY INNOVATIONS,** : | |
| **INC., et al.** : | |
| *Defendant(s)* : | |

### NOTICE OF HEARING

A **HEARING AND ORAL ARGUMENT** on Mr. Rajan's Response to Order to Show Cause (Doc. No. 143), is scheduled to be held on **February 20, 2025,** at **2:00 pm,** in **Courtroom 13B** before the **Honorable Kai N. Scott**, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. *Plaintiff is not required to appear*.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Courtroom Deputy to the
Honorable Kai N. Scott
United States District Court Judge

**Date of Notice: 1/31/2025**
**Sent via ECF Notification.**
.