IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, | : |
|         *Plaintiff*, | : |
| | : |
| v. | : CIVIL ACTION |
| | : NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, | : |
| INC., and MATHU RAJAN, | : |
|         *Defendants.* | : |

## ORDER

**AND NOW**, this **27th** day of **February 2025**, upon consideration of Mr. Raja Rajan's Motion to Withdraw as Attorney for All Defendants (ECF No. 131), his Motion for Leave to Appeal of Sanctions of Defense Counsel (ECF No. 132), this Court's Show Cause Order (ECF No. 136), Mr. Rajan's Response to the Show Cause Order (ECF No. 143), and Mr. Rajan's representations at the February 20, 2025 hearing (ECF No. 151), it is hereby **ORDERED** under Fed. R. Civ. P. 11(b)(2) and 11(c) that Mr. Rajan shall:

1. Pay a $2,500.00 penalty to the Clerk of Court within **twenty-one (21) days** of this Order.

2. Complete, by the end of his upcoming CLE compliance period, a one-hour CLE-credited seminar or educational program about artificial intelligence and legal ethics. Mr. Rajan shall, by the end of his upcoming CLE compliance period, submit to this Court certification of his completion of the seminar or educational program.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge