IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK L. BUNCE,                                 :
              *Plaintiff*,                  :
                               :
              v.                         : CIVIL ACTION
                               : NO. 23-1740
VISUAL TECHNOLOGY INNOVATIONS,   :
INC., and MATHU RAJAN,             :
              *Defendants.*                 :

## ORDER

AND NOW, this **13th** day of **March 2025**, upon consideration of this Court's January 8,
2025 Order (ECF No. 130), Plaintiff's Accounting of Fees and Expenses for Sanctions (ECF No.
133), Defendants' Counsel Opposition (ECF No. 137), and Plaintiff's Reply (ECF No. 146), it is
hereby **ORDERED** that pursuant to Fed. R. Civ. P. 37(b)(2)(C), Defendants' counsel Mr. Raja
Rajan shall, on or before **April 3, 2025**, pay Plaintiff's attorneys fees and expenses in the amount
of $16,270.47 by delivering a cashier's check or money order to Plaintiff.


BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge