IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, | : |
|          Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION |
| | :   NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, | : |
| INC., and MATHU RAJAN, | : |
|          Defendants. | : |

## ORDER

AND NOW, this **25th** day of **August 2025**, upon consideration of Defendants Visual Technology Innovations, Inc. and Mathu G. Rajan's Omnibus Motion (ECF No. 167), it is hereby **ORDERED** as follows:

1. Defendants are **GRANTED** leave to promptly file their Response to Plaintiff's Statement of Material Undisputed Facts in Support of Plaintiff's Motion for Summary Judgment.

2. Defendants are **GRANTED** leave to promptly file their Supplemental Response to Plaintiff's Motion to Exclude Certain Statements of Undisputed Facts.

3. All other requests in the Motion are **DENIED**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge