IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE,<br>      *Plaintiff*,<br><br>v.<br><br>VISUAL TECHNOLOGY INNOVATIONS,<br>INC., and MATHU RAJAN,<br>      *Defendants*. | :<br>:<br>:<br>:  CIVIL ACTION<br>:  NO. 23-1740<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **29th** day of **September 2025**, upon consideration of:

(i) Plaintiff's Motion to Dismiss, Strike, or Sever Third-Party Complaint, for Discovery Sanctions, and for an Aware of Attorneys' Fees (ECF No. 89), Defendants' Response in Opposition (ECF No. 103), Plaintiff's Reply (ECF No. 106)

(ii) Plaintiff's Motion for Partial Summary Judgment (ECF No. 108), Defendants' Response in Opposition (ECF No. 109), Plaintiff's Reply (ECF No. 124), and Defendants' Response to Plaintiff's Statement of Material Undisputed Facts in Support of Plaintiff's Motion for Summary Judgment (ECF No. 171)

(iii) Defendants' Motion for Summary Judgment (ECF No. 107), Plaintiff's Response in Opposition (ECF No. 111), and Defendants' Reply (ECF No. 114)

(iv) Plaintiff's Motion to Exclude Certain of Defendants Proposed Facts for Summary Judgment (ECF No. 113), Defendants' Response in Opposition (ECF No. 117), Plaintiff's Reply (ECF No. 123), and Defendants' Supplemental Response (ECF No. 172)

it is hereby **ORDERED** as follows:

(i) Plaintiff's oral Motion for Rule 37(b)(2)(A)(i) Discovery Sanctions is **DENIED**. This Court instead imposes discovery sanctions on Defendants under Rule 37(b)(2)(A)(ii), as discussed in the accompanying memorandum opinion.

(ii) Plaintiff's Motion for Partial Summary Judgment is **GRANTED** in part and **DENIED** in part.

(iii) Defendants' Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part.

(iv) Plaintiff's Motion to Exclude Certain of Defendants Proposed Facts for Summary Judgment is **DENIED** as **MOOT**.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**