IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. BUNCE, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action |
| | : | No. 2:23-cv-01740 |
| VISUAL TECHNOLOGY INNOVATIONS, INC. | : | |
| and | : | |
| MATHU G. RAJAN, | : | |
| Defendants. | : | |

**STATUS REPORT**

After conferring with counsel for Defendants Visual Technology Innovations, Inc. and Mathu G. Rajan, counsel for Plaintiff Mark L. Bunce is authorized to make the below announcement in this action:

**1.  Is the case ready for trial? If not, why not?**

<u>Plaintiff's Position</u>: Yes.  On September 29, 2025, the Court granted Plaintiff Mark L. Bunce's motion for summary judgment on his breach-of-contract claim and fraudulent inducement claim against Defendants Visual Technology Innovations, Inc. and Mathus G. Rajan. (Doc. No. 180.)  Plaintiff's unjust enrichment claim of $720,000.00 against Defendant Rajan is to proceed to trial with the sanction that Defendants may not introduce evidence opposing this claim.  (Doc. No. 180.)

<u>Defendants' Position</u>:  No.  Defendant respectfully requests additional discovery related to the prospect of punitive damages as regarded in this Court's Opinion and Order.  Alternatively,

1

Defendant humbly requests significant time to prepare and in light of upcoming (unrelated) trial scheduling conflicts.

2.   **What discovery has been completed and what remains to be done?**

Plaintiff's Position:  Discovery has been completed.

Defendants' Position:  See No. 1 (Defendants' Position).

3.   **Will the parties benefit from a settlement conference? If so, when will you be ready?**

Plaintiff's Position:  No.

Defendants' Position:  Yes. Immediately.

4.   **Do the parties consent to the jurisdiction of a magistrate judge?**

Plaintiff's Position: Plaintiff requests remaining before U.S. District Court Judge Kai N. Scott at this time.

Defendants' Position:  Yes.

    Respectfully submitted,

By: /s Michael D. Homans
Michael D. Homans
ID No. 76624
HOMANSPECK, LLC
230 Sugartown Road
Suite 218
Wayne, PA 19087
(215) 419-7463
mhomans@homanspeck.com

*Counsel for Plaintiff*

Michael P. Kohler, *admitted pro hac vice*
MILLER & MARTIN PLLC
Regions Plaza Suite 2100
1180 West Peachtree Street, NW

Atlanta, Georgia 30309-3407
(404) 962-6100
Michael.Kohler@millermartin.com

*Attorneys for Plaintiff Mark L. Bunce*

3

**CERTIFICATE OF SERVICE**

      I, Michael D. Homans, hereby certify that the foregoing Parties Status Report was filed using the Court's electronic filing system on October 13, 2025, and served upon all counsel of record via ECF notification.

                                      *s/ Michael D. Homans*

                                      MICHAEL D. HOMANS