IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK L. BUNCE** | : | |
| | : | |
| v. | : | No. 2:23-cv-01740-KNS |
| | : | |
| **VISUAL TECHNOLOGY**, | : | |
| **INNOVATIONS INC.**, *et al* | : | |

## STIPULATION

AND NOW this _____ day of _____, 2025, it is hereby STIPULATED and AGREED, by and between all pertinent parties, by and through their undersigned counsel, that the deadline to file pre-trial submissions is extended 1-week from December 15, 2025 to December 22, 2025.

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*  /  *Michael P. Kohler*

Matthew B. Weisberg, Esquire   Michael P. Kohler, Esquire
Attorney for Defendants         Attorney for Plaintiff

**AND IT IS SO ORDERED.**

_____

J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK L. BUNCE** | : | |
| | : | |
| v. | : | No. 2:23-cv-01740-KNS |
| | : | |
| **VISUAL TECHNOLOGY**, | : | |
| **INNOVATIONS INC.**, *et al* | : | |

### CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 11th day of December 2025, a true and correct copy of the foregoing Stipulation was served via ECF upon the following counsel:

Michael D. Homans, Esq.
HOMANS PECK, LLC
230 Sugartown Road, Ste. 218
Wayne, PA 19087
*Via* mhomans@homanspeck.com

Robery F. Parsley, Esq.
MILLER & MARTIN PLLC
832 Georgia Avenue, Ste 1200
Chattanooga, TN 37402
*Via* bob.parsley@millermartin.com

Michael P. Kohler, Esq.
MILLER & MARTIN PLLC
1180 W. Peachtree St., N.W., Suite 2100
Atlanta, GA 30309-3407
*Via michael.kohler*@millermartin.com

                                               **WEISBERG LAW**

                                               */s/ Matthew B. Weisberg*
                                               Matthew B. Weisberg, Esquire
                                               *Counsel for Defendants, Visual Technology*
                                               *Innovations, Inc. and Mathu Rajan*