**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARK L. BUNCE** | : | |
| | : | |
| v. | : | No. 2:23-cv-01740-KNS |
| | : | |
| **VISUAL TECHNOLOGY,** | : | |
| **INNOVATIONS INC.**, *et al* | : | |

# ORDER

**AND NOW** this _____ day of _____, 2025, upon consideration of Defendant's Motion to Stay, and any response thereto, it is hereby **ORDERED** and **DECREED** this matter is **STAYED**.

A status conference is scheduled for June 1, 2026, or thereafter (to be set by the Court).

**AND IT IS SO ORDERED.**

_____

J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK L. BUNCE** | : | |
| | : | |
| v. | : | No. 2:23-cv-01740-KNS |
| | : | |
| **VISUAL TECHNOLOGY,** | : | |
| **INNOVATIONS INC.**, *et al* | : | |

### DEFENDANT, VISUAL TECHNOLOGY INNOVATIONS, INC.'S EXPEDITED MOTION TO STAY

1. Pending before this Honorable Court is trial in the above matter, as well as soon upcoming pre-trial submissions and conference, *inter alia*.

2. Defendant through its representative, Mathu Rajan, respectfully requests stay.

3. Mathu Rajan is preparing to soon undergo a bone marrow transplant secondary to leukemia-which will now and thereafter render him unable to participate in this matter.  (Exh. A).

**WHEREFORE**, defendant respectfully requests this matter be stayed consistent with the attached proposed order.

                                        **WEISBERG LAW**

                                         */s/ Matthew B. Weisberg*
                                        Matthew B. Weisberg, Esquire
                                        *Counsel for Defendants, Visual Technology Innovations, Inc. and Mathu Rajan*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK L. BUNCE** | : | |
| | : | |
| v. | : | No. 2:23-cv-01740-KNS |
| | : | |
| **VISUAL TECHNOLOGY**, | : | |
| **INNOVATIONS INC.**, *et al* | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 15th day of December 2025, a true and correct copy of the foregoing Stipulation was served via ECF upon the following counsel:

Michael D. Homans, Esq.
HOMANS PECK, LLC
230 Sugartown Road, Ste. 218
Wayne, PA 19087
*Via* mhomans@homanspeck.com

Robery F. Parsley, Esq.
MILLER & MARTIN PLLC
832 Georgia Avenue, Ste 1200
Chattanooga, TN 37402
*Via* bob.parsley@millermartin.com

Michael P. Kohler, Esq.
MILLER & MARTIN PLLC
1180 W. Peachtree St., N.W., Suite 2100
Atlanta, GA 30309-3407
*Via* michael.kohler@millermartin.com

                                                             **WEISBERG LAW**

                                                       */s/ Matthew B. Weisberg*
                                                       Matthew B. Weisberg, Esquire

*Counsel for Defendants, Visual Technology Innovations, Inc. and Mathu Rajan*