# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE<br><br>        Plaintiff<br><br>    v.<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC.<br><br>and<br><br>MATHU G. RAJAN,<br><br>        Defendants. | Civil Action<br><br>Case No. 2:23-cv-01740 |

**DECLARATION OF MATHU RAJAN IN SUPPORT OF**
**DEFENDANT'S MOTION FOR CONTINUANCE**

1. My name is Mathu Rajan, and I am a defendant in the above-referenced case. I am also the founder and Chief Executive Officer of co-defendant Visual Technology Innovations, Inc.

2. I understand that this declaration is being submitted to the Court, and I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently thereto.

3. I have been undergoing chemotherapy and other treatments at the University of Pennsylvania Hospital, and my physicians have concluded that I require a bone marrow transplant.

4. My physicians have determined that they can perform the necessary bone marrow transplant surgery, and they have scheduled the procedure for January 2026.

1

5. They have informed me that the weeks prior to my surgery will require extensive preparation that is likely to make me physically diminished and unable to perform work or attend any proceedings. Likewise, the recovery period of many months is likely to prevent me from meaningfully participating in this case.

6. Consequently, I respectfully request a continuance of these proceedings until my medical condition allows me to participate in my own defense.

7. Attached to this declaration as **Exhibit 1** is a true and correct copy of a letter from my physicians detailing the limitations and restrictions I will face in the coming year as I prepare for, undergo, and recover from this life-saving surgery.

Executed under penalty of perjury this 10th day of December, 2025.

_____
Mathu Rajan

# **EXHIBIT 1**

Physician Letter



1500 East Duarte Road
Duarte, CA 91010-3000
Phone 626-256-HOPE
Fax 626-389-3060
CityofHope.org

Department of Hematology & Hematopoietic Cell Transplantation
Hematologic Malignancies Research Institute

**Eileen P. Smith, M.D.**
Francis and Kathleen McNamara Distinguished Chair Hematology & Hematopoietic Cell Transplantation

**Guido Marcucci, M.D.**
Vice Chair

**Stephen J. Forman, M.D.**
Director, Hematologic Malignancies Research Institute

TRANSPLANTATION CENTER
**Ryotaro Nakamura, M.D.**
Director

GEHR FAMILY CENTER FOR LEUKEMIA RESEARCH
**Guido Marcucci, M.D.**     **Anthony Stein, M.D.**
Director                     Co-Director

JUDY AND BERNARD BRISKIN CENTER FOR MULTIPLE MYELOMA
**Amrita Krishnan, M.D.**
Director

GENE THERAPY CENTER
**John Zaia, M.D.**          **Kevin Morris, Ph.D.**
Director                     Co-Director

TONI STEPHENSON LYMPHOMA CENTER
**Larry Kwak, M.D., Ph.D.**  **Alexey Danilov, M.D., Ph.D.**
Director                     Co-Director

CELLULAR IMMUNOTHERAPY CENTER
**Stephen J. Forman, M.D.**  **Christine Brown, Ph.D.**
Director                     Co-Director

SURVIVORSHIP CENTER
**Saro Armenian, DO, MPH**
Director

**Monzr Al Malki, M.D.**
Director, Unrelated Donor BMT Program

Joseph Alvarnas, M.D.
Alexandra Levine, M.D., M.A.C.P.
Steven T. Rosen, M.D.
Tanya Siddiqi, M.D.
Myo Htut, M.D.
Ahmed Aribi, M.D.
Michael Rosenzweig, M.D.
Nitya Nathwani, M.D.
L. Elizabeth Budde, M.D., Ph.D.
Peter P. Lee, M.D.
Haris Ali, M.D.
Amandeep Salhotra, M.D.
Vinod Pullarkat, M.D.
Jasmine Zain, M.D.
Christiane Querfeld, M.D., Ph.D.
Matthew G. Mei, M.D.
Ibrahim Aldoss, M.D.
Alex Herrera, M.D.
Karamjeet Sandhu, M.D.
Shukaib Arslan M.D.
Andrew Artz, M.D.
Paul Koller, M.D.
Geoffrey Shouse, D.O., Ph.D.
Peter T. Curtin, M.D.
Idoroenyi Amanam, M.D.
Brian Ball, M.D.
Salman Otoukesh, M.D.
James Godfrey, M.D.
Hoda Pourhassan, M.D.
Scott Goldsmith, M.D.
Murali Janakiram, M.D.
Amanda Blackmon, D.O.
Vaibhav Agrawal, M.D.
John Baird, M.D.
Swetha Kambhampati, M.D.
Tycel Phillips, M.D.
Avyakta Kallam, M.D.
Niloufer Khan, M.D.
Sarah Lee, M.D.
Sandra Thomas, Ph.D.
Don J. Diamond, Ph.D.
De-fu Zeng, M.D.
Ya-Huei Kuo, Ph.D.
Vu Ngo, Ph.D.
Ling Li, Ph.D.

CITY OF HOPE – KAISER PERMANENTE
**Ricardo T. Spielberger, M.D.**
Director

**Firoozeh Sahebi, M.D.**
**Ji-lian Cai, M.D.   Len Farol, M.D.**
**Joshua Mansour, M.D., Yazeed Samara, M.D.**
**Nahid Rashid, M.D.**

HISTOCOMPATIBILITY LABORATORY
**Ketevan Gendzekhadze, Ph.D.**
Director

December 9, 2025

Re:     Mathu G. Rajan
DOB:    01/04/1971

To Whom It May Concern:

I am writing on behalf of Mr. Mathu Rajan, who is currently under my care at City of Hope National Medical Center in Duarte, California. Mr. Rajan has been diagnosed with acute myeloid leukemia and is scheduled to undergo a hematopoietic stem cell transplant in the near future.

Following the transplant, Mr. Rajan will require a recovery period during which he will be unable to work for approximately three months. This timeframe may be extended depending on his clinical progress and overall health status.

*The Health Insurance Portability and Accountability Act of 1996 (HIPAA) prohibits the hospital from providing any additional medical information concerning this patient without her written consent.*

Should you have any questions or require further medical verification of this letter, please do not hesitate to contact me at (626) 218-2405.

Sincerely,



Monzr Al Malki, M.D.
Director, Unrelated Donor BMT Program
Professor
Hematology and Hematopoietic Cell Transplantation