IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, *Plaintiff*, | : :  : |
| v. | : CIVIL ACTION : NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, INC., and MATHU RAJAN, *Defendants*. | : : : : |

## ORDER

AND NOW, this **19th** day of **December 2025**, in light of this Court's Memorandum Opinion and Order (ECF Nos. 180 and 181), and upon consideration of Plaintiff's Accounting of Pre-Judgment Interest (ECF No. 186) and defense counsel's representations at the December 18, 2025 status conference that there is no objection to ECF No. 186, **JUDGMENT** is hereby **ENTERED** in favor of Plaintiff and against Visual Technology Innovations, Inc. for the sum of $1,020,000.00, plus pre-judgment interest in the amount of $366,597.32.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**