IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, | : |
|     Plaintiff, | : |
| v. | :   CIVIL ACTION |
| | :   NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, INC., and MATHU RAJAN, | : |
|     Defendants. | : |

## AMENDED ORDER

**AND NOW**, this **23rd** day of **December, 2025,** upon consideration of Plaintiff's Motion to Amend Order and Judgment filed on December 19, 2025 (the "Motion"), this Court's Memorandum Opinion and Order (ECF Nos. 180 and 181), Plaintiff's Accounting of Pre-Judgment Interest (ECF 186), Defendants' counsel's representations at the December 18, 2025 status conference that there is no objection to ECF 186, the entire record of this case, and for good cause shown, the Motion is **GRANTED**, and the Order (ECF No. 194) is replaced and amended hereby as follows:

**IT IS ORDERED** that **JUDGMENT** is hereby **ENTERED** in favor of Plaintiff, Mark L. Bunce, and against Defendants, Visual Technology Innovations, Inc., and Mathu G. Rajan, jointly and severally, for unpaid principal in the amount of $1,020,000.00, plus pre-judgment interest in the amount of $366,597.32, calculated as of November 18, 2025.

BY THE COURT:

/S/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| VISUAL TECHNOLOGY : | Civil Action |
| INNOVATIONS, INC. : | |
| : | Case No. 2:23-cv-01740-KNS |
| and : | |
| : | |
| MATHU G. RAJAN, : | |
| : | |
| Defendants. : | |
| : | |

**CERTIFICATE OF SERVICE**

I, Michael D. Homans, hereby certify that the foregoing Plaintiff's Motion to Amend Order and Judgment was filed using the Court's electronic filing system on this 20th day of December, 2025 and served upon all counsel of record via ECF notification.

*s/ Michael D. Homans*
MICHAEL D. HOMANS