**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| MARK L. BUNCE, <br><br> *Plaintiff*, <br><br> v. <br><br> VISUAL TECHNOLOGY INNOVATIONS, INC., <br><br> -and- <br><br> MATHU G. RAJAN, <br><br> *Defendants*. | C.A. No. 2:23-cv-01740 KNS |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY

Upon consideration of Defendants' Motion to Stay, and the arguments made in support and in response thereto (if any);

IT IS HEREBY ORDERED, this ____ day of _____, 2025, that:

1.    The Motion is granted; and

2.    This action is stayed until June 1, 2026, at which time a status conference shall be scheduled by the Court.

_____
The Honorable Kai N. Scott