IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BUNCE | : | Docket No. 2:23-CV-01740-KNS |
|         Plaintiff, | : | |
| v. | : | |
| VISUAL TECHNOLOGY INNOVATIONS,<br>INC. AND MATHU G. RAJAN | : | |
|         Defendants. | : | |

## WITHDRAW OF APPEARANCE

TO THE CLERK:

    Kindly withdraw the appearances of all counsel from Weisberg Law, including Matthew Weisberg and L. Anthony DiJiacomo, III, Esquires, on behalf of Defendants/Counterclaim Plaintiffs, Visual Technology Innovations, Inc. and Mathu G. Rajan, regarding the above captioned matter.

                                      **WEISBERG LAW**

                                      /s/ *Matthew B. Weisberg*
                                      Matthew B. Weisberg, Esquire
                                      L. Anthony DiJiacomo, III, Esquire
                                      Attorneys for VTI/Mathu Rajan

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK BUNCE | : | Docket No. 2:23-CV-01740-KNS |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VISUAL TECHNOLOGY INNOVATIONS, INC. AND MATHU G. RAJAN | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 3rd day of January, 2026, a true and correct copy of the foregoing Withdrawal of Appearance was served via e-filing on all counsel of record.

**WEISBERG LAW**

/s/ *Matthew B. Weisberg*

Matthew B. Weisberg, Esquire
Attorney for VTI/Rajan