### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC.,<br><br>-and-<br><br>MATHU G. RAJAN,<br><br>    *Defendants*. | C.A. No. 2:23-cv-01740 KNS |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly Entry the Appearance of Lee J. Janiczek, Esquire on behalf of the Defendants Visual Technology Innovations, Inc., and Mathu G. Rajan, in the above matter.

    Respectfully submitted,

    LEWIS BRISBOIS BISGAARD & SMITH, LLP

    By: */s/ Lee Janiczek*
        Lee Janiczek, Esquire
        Attorney ID: 68433
        575 E. Swedesford Road, Suite 102
        Wayne, PA 19087
        (215) 977-4100
        Lee.Janiczek@lewisbrisbois.com

Date: January 5, 2026        Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I, Lee Janiczek, Esquire, hereby certify that I caused the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document.

                                               */s/ Lee J. Janiczek*
                                               Lee Janiczek, Esquire

DATED:  January 5, 2026