**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

                          :

*Plaintiff,*               :

                          :       CIVIL ACTION

v.                       :       NO.

                          :

                          :

*Defendant.*            :

## STATUS REPORT

1. Is the case ready for trial? If not, why not?

2. What discovery has been completed and what remains to be done?

3. Will the parties benefit from a settlement conference? If so, when will you be ready?

4. Do the parties consent to the jurisdiction of a magistrate judge?