IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. BUNCE, | : | |
|     *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, | : | |
| INC., and MATHU RAJAN, | : | |
|     *Defendants.* | : | |

## ORDER

**AND NOW**, this **6th** day of **January 2026**, upon consideration of the Defendants' Supplemental Motion to Stay (ECF No. 197) and the representations made by counsel at the hearing held on the same day, it is hereby **ORDERED** that the motion is **GRANTED**. It is **FURTHER OREDERED** that the January 8, 2026 deadline to submit pretrial memoranda and motions, the January 9, 2026 pretrial conference, and the January 12, 2026 trial date are **VACATED**.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**