IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUNCE,  *Plaintiff*, | : <br> : <br> : |
| v. | : CIVIL ACTION <br> : NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, INC., and MATHU RAJAN, *Defendants*. | : <br> : <br> : |

## ORDER

**AND NOW**, this **2nd** day of **February 2026**, upon consideration of the Plaintiff's Omnibus Motion for Attorney Fees (ECF Nos. 139, 164), Raja Rajan's Response in Opposition (ECF No. 147), Plaintiff's Response in Support (ECF No. 148), Raja Rajan's Motion for Leave to Appeal Sanctions and Stay Enforcement (ECF No. 177), Plaintiff's letter dated September 10, 2025 (ECF No. 178), and the representations made by counsel at the August 27, 2025 hearing, it is hereby **ORDERED** as follows:

1. Plaintiff's Omnibus Motion is **GRANTED** in part and **DENIED** in part.

2. Plaintiff shall provide Raja Rajan, within fourteen (14) days of this Order, with Mr. Bunce's reasonable travel costs for his deposition scheduled on July 1, 2024.

3. Raja Rajan's Motion for Leave to Appeal Sanctions and Stay Enforcement is **DENIED**.

BY THE COURT:

/s/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**