IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. BUNCE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| vs. | : | No. 2:23-cv-01740 |
| | : | |
| VISUAL TECHNOLOGY INNOVATIONS, INC. | : | District Judge Scott |
| | : | |
| | : | Magistrate Judge Hey |
| and | : | |
| | : | |
| MATHU G. RAJAN, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF FILING**

On February 2, 2026, the Court entered an Order granting in part Plaintiff's Omnibus Motion for Attorneys' fees. (ECF No. 206.) The Court instructed Plaintiff to provide Attorney Rajan with Plaintiff's reasonable travel costs for his deposition scheduled on July 1, 2024. Attached as **Exhibit A** are a summary of Plaintiff's travel expenses along with supporting documents. Plaintiff's reasonable travel expenses total $7,807.38 (US Dollars). Had Plaintiff not used his loyalty points with Virgin Atlantic, his flight would have cost an additional $2,712.12 (US Dollars) for a total amount of **$10,519.50**.

This 16th day of February, 2026.

By: */s/ Michael P. Kohler*
Michael P. Kohler, *admitted pro hac vice*
MILLER & MARTIN PLLC
Regions Plaza Suite 2100
1180 West Peachtree Street, NW
Atlanta, Georgia 30309-3407
(404) 962-6100
Michael.Kohler@millermartin.com

-and-

Michael D. Homans
ID No. 76624
HOMANSPECK, LLC
230 Sugartown Road
Suite 218
Wayne, PA 19087
(215) 419-7463
mhomans@homanspeck.com

*Attorneys for Plaintiff Mark L. Bunce*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Notice of Filing was filed using the Court's electronic filing system on February 16, 2026, and served upon all counsel of record via ECF notification. I further certify that the foregoing was served on the following via electronic mail:

>Raja Rajan
>raja@rajanlawgroup.com
>raja@advisorycapitalsolutions.onmicrosoft.com
>raja@advisory-capital-solutions.com

This 16th day of February, 2026.

>*/s/ Michael P. Kohler*
>Michael P. Kohler, *admitted pro hac vice*