# EXHIBIT A

# Travel Expenses for Deposition June/July 2024

| Company | Type | £ Amount | $ Amount |
|---|---|---|---|
| Virgin Atlantic | Flights | 1,072.58 | |
| American Airways | Flights | 554.60 | 35.00 |
| Aurigny Airways | Flights | 459.94 | |
| Hilton Garden Inn | Hotel | 376.56 | |
| The Logan Philadelphia | Hotel | | 2,509.31 |
| Taxi's | Transport | 152.00 | 148.46 |
| Subsistence | Food & Drink | | 1,536.36 |
| | | | |
| Total Dollar expense | | | 4,229.13 |
| £ Expenses into $ | | 2,615.68 | 3,578.25 |
| **Total Expenses in $** | | | **7,807.38** |

**From: Virgin Atlantic** virginatlantic@service.virginatlantic.com
**Subject:** Virgin Atlantic Airways e-Ticket DJ2H9H
**Date:** 18 June 2024 at 17:49
**To:** mark@████████



Can't see this email? View online

Booking ref: **DJ2H9H**

virgin atlantic

O————————O————————O————————O
**Booked flights**   **Add extras**   **Get ready**   **Check in**



**Boston**
confirmed

# Hello Mark L

Thanks for booking with Virgin Atlantic. You'll find everything you
need below.



# Your booking confirmation

## �'️ Flight 1 of 2

**Flight no.** VS157

Premium (P)                          Booking Ref: **DJ2H9H**



26 JUN                    Direct                    26 JUN

LHR ○——————————————○ BOS

13:00                                                15:45

 Operated by **Virgin Atlantic**

For terminal information, please refer to the **Virgin Atlantic** website.

## 🗒️ Flight 2 of 2

**Flight no.** VS158

Premium (P)                          Booking Ref: **DJ2H9H**



05 JUL                    Direct                    06 JUL

BOS ○——————————————○ LHR

21:05                                                8:55

 Operated by **Virgin Atlantic**

For terminal information, please refer to the **Virgin Atlantic** website.

## 👥 Passengers

| Passengers | Flight | Seat |
| --- | --- | --- |
| **Mark L Bunce** (Adult) | LHR - BOS | **21D** |
| eTicket: 9322327858843 | BOS - LHR | **21H** |
| Flying Club No.: ▮▮▮▮▮▮▮ | | |
| **Andrea Bunce** (Adult) | LHR - BOS | **21F** |

We look forward to welcoming you onboard.
View and manage your booking now. Add seats, request special
assistance and choose meals.

Manage my booking          Destination guide



# Your account

Flying Club no.:        Virgin Points:
                                                Tier:

Check our **earning table** to find out just how many you'll earn on this
Virgin Atlantic flight.

Every Virgin Point you earn with us or our partners puts you one
tantalising step closer to your next dream destination. Being part of
Flying Club also gets you the special treatment when it comes to
choosing your seats, great offers and lounge access. See how well
you're doing any time by logging in to your Flying Club account.

My account

# Important information

## (£) Fare breakdown

**MARK L BUNCE** (Adult)

| | |
|---|---|
| Base fare | GBP 0.00 |
| Carrier-imposed Surcharge (YQ) | GBP 240.00 |
| United States - Custom User Fee (YC) | GBP 5.50 |
| United States - Animal and Plant Health Inspection Service Fee (APHIS User Fee - Passengers (XA) | GBP 3.00 |
| United Kingdom - Passenger Service Charge (UB) | GBP 48.89 |
| United States - Passenger Civil Aviation Security Service Fee (AY) | GBP 4.40 |
| United Kingdom - Air Passenger Duty (APD) (GB) | GBP 194.00 |
| United States - Immigration and Naturalization Fee(Immigration User Fee) (XY) | GBP 5.50 |
| United States - Transportation Tax (US) | GBP 35.00 |
| **Total Amount** | **GBP 536.29** |

**ANDREA BUNCE** (Adult)

| | |
|---|---|
| Base fare | GBP 0.00 |
| Carrier-imposed Surcharge (YQ) | GBP 240.00 |

| | |
|---|---|
| United States - Custom User Fee (YC) | GBP 5.50 |
| United States - Animal and Plant Health Inspection Service Fee (APHIS User Fee - Passengers (XA) | GBP 3.00 |
| United Kingdom - Passenger Service Charge (UB) | GBP 48.89 |
| United States - Passenger Civil Aviation Security Service Fee (AY) | GBP 4.40 |
| United Kingdom - Air Passenger Duty (APD) (GB) | GBP 194.00 |
| United States - Immigration and Naturalization Fee(Immigration User Fee) (XY) | GBP 5.50 |
| United States - Transportation Tax (US) | GBP 35.00 |
| **Total Amount** | **GBP 536.29** |

## (£) Payment breakdown

| **Total Amount** | **GBP 1072.58** |
|---|---|
| Total Virgin Points paid: | |
| AX | ••••••••••▮▮▮ |

Where necessary, the outstanding balance has been covered by your voucher/gift card/bank transfer.

## Flying with baggage?

For customers flying to or from the United States, details on baggage allowances and charges for Virgin Atlantic operated/marketed flights can be found below.

**Free Hold baggage allowance**

**Premium**                          2 pieces with a max. weight of 23kg each

**Flying Club Gold and Silver Card Holders, SkyTeam Elite+ or Elite members**
may take 1 additional hold baggage having a max. weight of 23kg free of charge.
The maximum size of hold baggage is 90x75x43(cm).

**Hand baggage allowance**

**Premium**                          1 piece with a max. weight of 10kg

The maximum size of hand baggage is 23x36x56(cm). **Flying Club Gold Holders**
may take 1 additional hand baggage with a max weight of 10kg free of charge.

You'll find more information about baggage, including check in and hand
baggage, baggage restrictions, and extra baggage options if your allowance isn't
enough on our **baggage page**.

If your trip involves a transfer from another airline they may also charge an extra
baggage fee if your checked in bags exceed their limit.

If your flight is operated by a partner airline, see the other **airline's website** for
carry-on and checked bag policies.

## Visa and health requirements

Make sure you have all the information and documents you need before you fly.
**View the visa, passport and health requirements for your trip.**

An ESTA, (Electronic System for Travel Authority), is required for all passengers
travelling to the USA or Puerto Rico, under the Visa Waiver Programme.

You must complete your ESTA online at least 72 hours in advance of your journey.
For more information, please visit our **US Visa and ESTA information page**.

## Check in

Please check in at least 2.5 hours prior to departure, Don't forget you can use the
Premium check in desks, where available. Or cut the queues entirely and **check in
online**. Please note: Check in and bag drop will close 60 minutes before the

scheduled departure time of the flight.

## Conditions of Carriage

Your carriage is subject to The Virgin Atlantic **Conditions of Carriage** and the conditions of contract of each transporting airline which are incorporated by reference.

Passengers may inspect the full text of each term incorporated by reference at any of Virgin Atlantic's airport or city ticket offices. Passengers have the right, upon request at any location where Virgin Atlantic's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of each such incorporated term.

The incorporated terms may include, and passengers may obtain from any location where Virgin Atlantic's tickets are sold within the United States further information concerning:

• Limits on the air carrier's liability for person injury or death of passengers, and for loss, damage, or delay of goods and baggage, including fragile or perishable goods;

• Claim restrictions, including time periods within which passengers must file a claim or bring an action against the carrier for its acts or omissions or those of its agents;

• Rights of the carrier to change terms of the contract;

• Rules about reconfirmation of reservations, check-in times, and refusal to carry; and

• Rights of the carrier and limitations concerning delay or failure to perform service, including schedule changes, substitution of alternate air carrier or aircraft, and rerouting.

## Ticket Validity

Unless provided otherwise on this Booking Confirmation (which is also your Ticket), the Conditions of Carriage or any applicable Tariffs, the Ticket is valid for one year from the date of issue or one year from the date of first travel under the Ticket (where first travel took place within one year from date of issue).

## Advice to International passengers on limitations of liability

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

Notwithstanding the above no financial limit applies to Virgin Atlantic's liability for proven damages for death or personal injury. For more information on our liability please see articles **19** and **23** of our **Conditions of Carriage**.

This is a confidential e-mail intended for the Virgin Atlantic Customer appearing as the addressee. If you are not the intended recipient of this e-mail please **contact us** before deleting this email. Any copying, distribution or other action taken or omitted to be taken is prohibited and may be unlawful.



**Terms and Conditions**

This is a service email. For this reason, this email does not have an unsubscribe link, like other Virgin Atlantic emails do. You are receiving this email as you have made a booking with us.

Virgin Atlantic Terms and Conditions apply

This email account is unmonitored, if you have any queries relating to this communication, please contact Virgin Atlantic. Virgin Atlantic privacy policy and information on how we use cookies are available via our website.

This email communication makes use of a 'Clear Image' (gif) to track results. To prevent tracking for future emails, turn off the images in the email itself.

Registered office: Virgin Atlantic Airways Ltd, Company Secretariat, The VHQ, Fleming Way, Crawley, West Sussex RH10 9DF. Registered in England and Wales 1600117. VAT number: GB425 2161 84

**From: American Airlines** no-reply@info.email.aa.com
**Subject:** Your purchase receipt - CKXHWP
**Date:** 26 June 2024 at 08:44
**To:** MARK███████ MARK@████████





Issued: June 26, 2024

# Your receipt

We charged $35.00 to your card ending in ███. 

Confirmation code: **CKXHWP**

## Your purchase

**Mark Leonard Mr Bunce**
Join the AAdvantage® Program
Checked Bag (BOS-PHL)                                    $35.00
Document #: (0014437357486)

**Total cost**                                          **$35.00**

## Your payment

Visa (ending ███)                                        $35.00

**Total paid**                                          **$35.00**



Book a hotel »



Book a car »



Buy trip insurance »



AAVacations »

Contact us

Privacy policy

**Download the American app**





© 2024 American Airlines, Inc. All Rights Reserved.



Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

Please do not reply to this email address as it is not monitored. This email was sent to mark█████ ███.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

**From:** **American Express** AmericanExpress@welcome.americanexpress.com
**Subject:** Confirmed: your booking to Philadelphia
**Date:** 20 June 2024 at 14:28
**To:** MARK@▓▓▓ ▓▓ MARK@▓▓▓▓▓▓▓



Here are the details



**MR M L BUNCE**
Account Ending: ▓▓▓▓





# Your booking #25643904 is confirmed

AMERICAN EXPRESS **TRAVEL**

Thank you for booking with American Express Travel. We are happy to share that the following booking is now confirmed. Please review carefully all the details mentioned below.

You can view your itinerary or manage your booking anytime by logging into **Manage My Bookings**.


Manage My Bookings

## Booking to Philadelphia

26-Jun-2024 - 5-Jul-2024

## Passengers:

Mr Mark Leonard Bunce (Adult), E-ticket 0013700629941
Mrs Andrea Bunce (Adult), E-ticket 0013700629942

Mrs Andrea Banos (Adult), E-ticket 001 01 0002004L

**From:**
**BOS**
Terminal B
Logan International
Boston, United States
20:23

**To:**
**PHL**

Philadelphia International
Philadelphia, United States
21:57

**Flight Number:**

AA 267
Operated by AMERICAN
AIRLINES

**Airline Confirmation:**

CKXHWP

**Duration:**

01H 34M, Non-Stop

**Aircraft Type:**

Airbus Industrie A319

**Class of Travel:**

Economy

**Baggage:**

Allowance per Adult: Baggage not included. 1st bag GBP 32.00, 2nd bag
GBP 35.00.

**Policies:**

Cancellation: non-refundable

Changes: permitted (Penalties may apply)

For detailed information on managing your flight booking, please visit Manage
My Bookings.

**From:**
**PHL**

Philadelphia International
Philadelphia, United States
16:00

**Flight Number:**

**To:**
**BOS**
Terminal B
Logan International
Boston, United States
17:29

AA 1514
Operated by AMERICAN
AIRLINES

**Airline Confirmation:**

CKXHWP

**Duration:**

01H 29M, Non-Stop

**Aircraft Type:**

Boeing 737-800

**Class of Travel:**

Economy

**Baggage:**

Allowance per Adult: Baggage not included. 1st bag GBP 32.00, 2nd bag
GBP 35.00.

**Policies:**

Cancellation: non-refundable

Changes: permitted (Penalties may apply)

For detailed information on managing your flight booking, please visit Manage
My Bookings.

If you require further information on carry-on baggage, baggage allowance, size and
weight policies, or need to book additional baggage, please check directly with the
airline or learn more at Baggage Support.

airline or learn more at Baggage Support.

## Cost & Billing

### Cost Information:

| | |
|---|---|
| **Price:** | GBP 472.00 |
| **Taxes and Charges:** | GBP 82.60 |

### Payment Information:

| | |
|---|---|
| **Total Billed by American Express:** | GBP 554.60 |
| **Points Used:** | 0 |
| **Points Value:** | GBP 0.00 |

If you've used a travel credit or Membership Rewards® points, a credit will be applied to your statement within three business days of your reservation.

### Credit Card Information:

| | |
|---|---|
| **Card Type:** | American Express |
| **Card Number:** | XXXX-XXXXXX-█████ |

## Helpful Links



**Resources and tips for smarter travel**

Get in-the-know before you go. Our Travel Help Centre is your one-stop shop for Travel FAQs and trip planning tips.

Travel Help Centre



**Change of plans?**

It's quick and easy to manage these bookings at American Express Travel Online.

Manage My Bookings

DON'T *live life* WITHOUT IT ™

Privacy statement

Contact us

**Please don't reply to this email. This mailbox is unmonitored.**

Company Information and Terms and Conditions

You're being sent this service-related email as a confirmation of the request you have made.

American Express Europe LLC has its registered office at Belgrave House, 76 Buckingham Palace Road, London, SW1W 9AX, United Kingdom. It is registered in England and Wales with Company Number 1833139 and authorised and regulated by the Financial Conduct Authority.

Please do not reply to this email; it was sent from an unmonitored email address. This email is intended for American Express customers and was sent to MARK@███████ . If you received this email at a different address, this email message was forwarded.

Please note that certain servers may render the above links inactive. If you are experiencing problems please right click the link to copy and paste the chosen URL into the address box of your web browser to view the page.

## Booking Conditions

Please check your itinerary for accuracy. If there are any discrepancies or if you need to make any changes to your reservations, please contact your travel office immediately. Failure to inform us of any amendments required to your itinerary by the same day the booking is made and the itinerary issued may result in an increase in fare or lack of availability on the desired services. Should you change your itinerary or dates of travel this may impact the fare to be paid. For the full terms and conditions please visit <u>American Express Travel UK Terms and Conditions</u>.

## Car Hire
### Licence Requirements

A valid credit card in the first name and surname of the lead driver must be presented at the rental desk in order to pre-authorise/charge a deposit. Debit cards will not be accepted.
A valid (with no endorsements) drivers licence, issued from your country of residence and held for at least one year.
The license is to be presented at time of rental. If renting cars in the United States on a non UK Driving license, please check with the car hire supplier directly and prior to the rental, to verify that this is acceptable if your licence is not in English, an International Drivers Permit may be required. Some rental companies charge additional fees for younger and older drivers. Age restrictions may apply in some regions. Please refer to the car rental company's website for more information. If you require additional drivers, you will need to apply at the pick-up location. There may be restrictions on the age and number of people who can apply, and additional fees may apply.

If you are planning to travel across national or state lines or to another island within the same country, please contact the rental car company directly to inform them of your travel plans before picking up your vehicle. Restrictions and fees may apply. Please check the car rental company's website for contact information.

All car hire has a non-refundable excess charge for which a credit card imprint will be taken. If the car is involved in an accident or is lost or stolen, this will be non-refundable.

### Pick-up and Drop-off

One way rentals: If you are returning the car to a different location a fee will normally apply. If it is not specified that the fee is included in the rate, the fee will be payable in local currency directly to the supplier at the rental desk upon collection. Please refer to the car policy/rate inclusions and your rental confirmation for further information.
Please note that if you collect or return your vehicle outside the pick-up/drop-off time and date booked, additional charges may be applicable.

Please also note that the vehicle may not be available if you arrive late to the rental desk. If the vehicle is not released due to a late arrival no funds will be reimbursed. In the event of a delay, please contact the car rental counter directly.

please contact the car rental counter directly.

## Travel Documentation

When travelling, it is required that you carry a valid passport or approved photo identification at all times. It is essential that the name on your ticket matches exactly the name as shown on in the documentation. Please check your desination country's specific entry requirements.

## Passport, Visa and Vaccination Requirements

Please ensure you are holding a passport that has at least 6 months validity beyond the last day of this itinerary and is machine readable and has clear pages. Please ensure you have complied with any visa, documentation and health requirements for the countries you are visiting or transiting. Please seek advice from your local Government Authorities, see the Booking Conditions for further details. You are responsible for the validity of the required Passport, Visa and/or Vaccinations needed for the completion of your journey.

## All Travellers to the USA

All citizens included in the Visa Waiver Programme (VWP), who plan to travel to the USA are required to hold an electronic travel authorisation prior to boarding a U.S bound airplane. Electronic authorisations need to be submitted no less than 72 hours prior to travel. Once approved the electronic travel authorisation will be valid for 2 years or until your passport expires if within the 2 years. Each traveller is responsible for holding the correct documents for their own travel.

**From:** **Aurigny** no-reply@aurigny.com
**Subject:** Your Aurigny booking confirmation
**Date:** 19 June 2024 at 13.20
**To:** andrea@





DESTINATIONS    CAR HIRE    HOTELS    MANAGE    CHECK-IN



## FLIGHT CONFIRMATION

Booking reference

# JCGCGL

**MANAGE BOOKING**

## Please note

Airport Check-In **closes** strictly **45 minutes** before scheduled departure for all Aurigny UK, G
flights.
Check-in for European departures **closes** strictly **1 hour** before scheduled departure.
Web Check-In closure times vary by route - check website for details.
Please ensure that you check-in on time or you will be refused travel.

## FLIGHTS

GR602  2024-06-25

### Guernsey

16:30

LIGHT fare

---

**GR607**  2024-07-06

### London Gatwick

16:15

LIGHT fare

## PASSENGERS

---

**GR608**  2024-06-25
**Hold Luggage**                      **Seat Selection**

MRS ANDREA BUNCE
20kg                                   Seat not assigned

MR MARK BUNCE
0kg                                    Seat not assigned

**Allowances:** 1x 20kg Hold bag

ADD LUGGAGE                            ADD SEATS

---

**GR607**  2024-07-06
**Hold Luggage**                      **Seat Selection**

MRS ANDREA BUNCE
20kg                                   Seat not assigned

MR MARK BUNCE
0kg                                    Seat not assigned

**Allowances:** 1x 20kg Hold bag

ADD LUGGAGE                            ADD SEATS

## COSTS & PAYMENTS

**Item**
**Date**

**Amount**

CARD 
19JUN24

£459.94

**VIEW BREAKDOWN**

## IMPORTANT INFORMATION

### Check-in Information for Guernsey - London Gatwick

minimum check-in 45 minutes prior to departure, Aurigny desk, main departure hall.

### Check-in Information for London Gatwick - Guernsey

minimum check-in 60 minutes prior to departure, South Terminal.

### Luggage

Extra luggage can be added online or through our call centre up to 3 hours before departure.
charges will apply if you check-in your bags at the airport, without pre-booking additional lugg

### Booking Changes

Flights operated by Aurigny are changeable online and through the call centre; up to 1 hour b
Changes to your booking may incur fare differences and change fees. Please note, when cha
seat selections are not transferred to your new flight.

### Seat Selection

To sit your group together, you are encouraged to pre-select seats online or through the call c
selection is available up to 3 hours before departure. Depending on the selected fare and the
seat selection fee may apply. Seat selection is currently only available on flights operated by .

### International Travel

Passengers are reminded to check the entry requirements for their final destination. For all E
full passport is required with a minimum of 3 months validity remaining on the intended date c
flight). Further information is available here: https://www.gov.uk/foreign-travel-advice

Contact us

Follow us on our Facebook page for our latest news and flight updates.

To contact our customer services team, please call +44 1481 267 267.

Additional contact information is available here.

Our customer services opening hours are Mon - Sun: 08:00-17:00. These are temporal further notice.

View full terms and conditions and legal information



**HILTON GARDEN INN LONDON HEATHROW T2**
**LONDON HEATHROW TERMINAL 2,CESSNA ROAD**
**LONDON , TW6 1AH**
United Kingdom
TELEPHONE +44 2039729700 • FAX
Reservations
www.hilton.com or 1 800 HILTONS

MARK BUNCE



| | |
|---|---|
| Room No: | 1220 /K1RRFV |
| Arrival Date: | 25/06/2024 19:05:00 |
| Departure Date: | 26/06/2024 09:46:00 |
| Adult/Child: | 2/0 |
| Room Rate: | 264.17 GBP |
| Rate Plan: | L-H3F |
| AL: | |
| HH # | |

COPY OF VAT INVOICE:418987
Confirmation Number: 3537660504

| | |
|---|---|
| VAT | GB267400509 |
| Folio No/Che | 740436 A |
| Tax Date | 26/06/2024 |

HILTON GARDEN INN LONDON HEATHROW T2 26/06/2024 09:45:52

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 25/06/2024 | RUNWAY #5449 | LINTR | 3249752 | £112.39 | | |
| 25/06/2024 | ROOM ONLY RATE | LIDS | 3250309 | £264.17 | | |
| 26/06/2024 | AX *7005 | SRSA | 3251557 | | -£376.56 | |
| | | | BALANCE | | | £0.00 |

TAX SUMMARY

| | |
|---|---|
| Total Excluding VAT | £303.39 |
| Zero Rated Amount | £0.00 |
| VAT 20% | £60.68 |
| Non Taxable Amount | £12.49 |
| Total Amount Payable | £376.56 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Guest Signature _____

Please debit my account by the amount indicated above.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 162092 | MERCHANT ID | 80427420961 |
| CARD NUMBER | ▮▮▮▮ | EXP DATE | ▮▮▮ |
| TRANSACTION ID | 3251557 | TRANS TYPE | Sale |

VAT #. GB267400509.



THE LOGAN HOTEL-CURIO COLLECTION BY HILTON
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
United States of America
TELEPHONE 215-963-1500 • FAX 215-963-9506
Reservations
www.hilton.com or 1 800 HILTONS

**Hilton**
**HOTELS & RESORTS**

BUNCE, MARK



| | |
|---|---|
| Room No: | 850/K1DRU1 |
| Arrival Date: | 6/26/2024 12:02:00 AM |
| Departure Date: | 7/5/2024 |
| Adult/Child: | 2/0 |
| Cashier ID: | TGRAY63 |
| Room Rate: | 235.36 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 789035 A |

Confirmation Number: 3533203247

THE LOGAN HOTEL-CURIO COLLECTION BY HILTON 7/5/2024 4:23:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 6/26/2024 | GUEST ROOM | TSTONE2 6 | 3082673 | $235.36 | | |
| 6/26/2024 | PHL HOSP. INVESTMENT LEVY | TSTONE2 6 | 3082673 | $1.77 | | |
| 6/26/2024 | ROOMS SALES TAX | TSTONE2 6 | 3082673 | $16.60 | | |
| 6/26/2024 | OCCUPANCY TAX | TSTONE2 6 | 3082673 | $20.16 | | |
| 6/27/2024 | URBAN BAR WINE | LINTR | 3083578 | $8.00 | | |
| 6/27/2024 | LIQUOR TAX | LINTR | 3083578 | $0.80 | | |
| 6/27/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3083579 | | ($8.80) | |
| 6/27/2024 | URBAN BAR BEER | LINTR | 3083580 | $8.00 | | |
| 6/27/2024 | LIQUOR TAX | LINTR | 3083580 | $0.80 | | |
| 6/27/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3083581 | | ($8.80) | |
| 6/27/2024 | URBAN BAR TIPS | LINTR | 3083582 | $3.40 | | |
| 6/27/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3083583 | | ($3.40) | |
| 6/27/2024 | URBAN BAR WINE | LINTR | 3083589 | $8.00 | | |
| 6/27/2024 | LIQUOR TAX | LINTR | 3083589 | $0.80 | | |
| 6/27/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3083590 | | ($8.80) | |
| 6/27/2024 | URBAN BAR BEER | LINTR | 3083591 | $8.00 | | |
| 6/27/2024 | LIQUOR TAX | LINTR | 3083591 | $0.80 | | |
| 6/27/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3083592 | | ($0.20) | |
| 6/27/2024 | URBAN BAR TIPS | LINTR | 3083593 | $3.40 | | |
| 6/27/2024 | GUEST ROOM | LFALLON8 1 | 3084954 | $235.36 | | |
| 6/27/2024 | PHL HOSP. INVESTMENT LEVY | LFALLON8 1 | 3084954 | $1.77 | | |
| 6/27/2024 | ROOMS SALES TAX | LFALLON8 1 | 3084954 | $16.60 | | |
| 6/27/2024 | OCCUPANCY TAX | LFALLON8 1 | 3084954 | $20.16 | | |
| 6/28/2024 | COMMONS WINE | LINTR | 3086124 | $37.00 | | |
| 6/28/2024 | LIQUOR TAX | LINTR | 3086124 | $3.70 | | |
| 6/28/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3086125 | | ($30.00) | |
| 6/28/2024 | COMMONS TIPS | LINTR | 3086126 | $8.00 | | |



| | |
|---|---|
| Room No: | 850/K1DRU1 |
| Arrival Date: | 6/26/2024 12:02:00 AM |
| Departure Date: | 7/5/2024 |
| Adult/Child: | 2/0 |
| Cashier ID: | TGRAY63 |
| Room Rate: | 235.36 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 789035 A |

Confirmation Number: 3533203247

THE LOGAN HOTEL-CURIO COLLECTION BY HILTON 7/5/2024 4:23:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|------|-------------|-----|--------|---------|--------|---------|
| 6/28/2024 | GUEST ROOM | TROSENBERRY2 | 3087551 | $235.36 | | |
| 6/28/2024 | PHL HOSP. INVESTMENT LEVY | TROSENBERRY2 | 3087551 | $1.77 | | |
| 6/28/2024 | ROOMS SALES TAX | TROSENBERRY2 | 3087551 | $16.60 | | |
| 6/28/2024 | OCCUPANCY TAX | TROSENBERRY2 | 3087551 | $20.16 | | |
| 6/29/2024 | GUEST ROOM | TROSENBERRY2 | 3090400 | $235.36 | | |
| 6/29/2024 | PHL HOSP. INVESTMENT LEVY | TROSENBERRY2 | 3090400 | $1.77 | | |
| 6/29/2024 | ROOMS SALES TAX | TROSENBERRY2 | 3090400 | $16.60 | | |
| 6/29/2024 | OCCUPANCY TAX | TROSENBERRY2 | 3090400 | $20.16 | | |
| 6/30/2024 | COMMONS WINE | LINTR | 3091793 | $18.00 | | |
| 6/30/2024 | LIQUOR TAX | LINTR | 3091793 | $1.80 | | |
| 6/30/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3091794 | | ($19.80) | |
| 6/30/2024 | COMMONS TIPS | LINTR | 3091795 | $4.00 | | |
| 6/30/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3091796 | | ($4.00) | |
| 6/30/2024 | GUEST ROOM | TROSENBERRY2 | 3092324 | $235.36 | | |
| 6/30/2024 | PHL HOSP. INVESTMENT LEVY | TROSENBERRY2 | 3092324 | $1.77 | | |
| 6/30/2024 | ROOMS SALES TAX | TROSENBERRY2 | 3092324 | $16.60 | | |
| 6/30/2024 | OCCUPANCY TAX | TROSENBERRY2 | 3092324 | $20.16 | | |
| 7/1/2024 | COMMONS WINE | LINTR | 3093288 | $22.00 | | |
| 7/1/2024 | LIQUOR TAX | LINTR | 3093288 | $2.20 | | |
| 7/1/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3093289 | | ($24.20) | |
| 7/1/2024 | COMMONS TIPS | LINTR | 3093290 | $5.00 | | |
| 7/1/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3093291 | | ($5.00) | |
| 7/1/2024 | GUEST ROOM | TROSENBERRY2 | 3093652 | $235.36 | | |
| 7/1/2024 | PHL HOSP. INVESTMENT LEVY | TROSENBERRY2 | 3093652 | $1.77 | | |
| 7/1/2024 | ROOMS SALES TAX | TROSENBERRY2 | 3093652 | $16.60 | | |
| 7/1/2024 | OCCUPANCY TAX | TROSENBERRY2 | 3093652 | $20.16 | | |
| 7/2/2024 | COMMONS WINE | LINTR | 3094332 | $18.00 | | |
| 7/2/2024 | LIQUOR TAX | LINTR | 3094332 | $1.80 | | |
| 7/2/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3094333 | | ($19.80) | |

BUNCE, MARK



| | |
|---|---|
| Room No: | 850/K1DRU1 |
| Arrival Date: | 6/26/2024 12:02:00 AM |
| Departure Date: | 7/5/2024 |
| Adult/Child: | 2/0 |
| Cashier ID: | TGRAY63 |
| Room Rate: | 235.36 |
| AL: | |
| HH # | ▮▮▮▮▮▮ ▮▮▮▮▮▮ |
| VAT # | |
| Folio No/Che | 789035 A |

Confirmation Number: 3533203247

THE LOGAN HOTEL-CURIO COLLECTION BY HILTON 7/5/2024 4:23:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 7/2/2024 | COMMONS TIPS | LINTR | 3094334 | $4.00 | | |
| 7/2/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3094335 | | ($4.00) | |
| 7/2/2024 | GUEST ROOM | TROSENBERRY2 | 3094979 | $235.36 | | |
| 7/2/2024 | PHL HOSP. INVESTMENT LEVY | TROSENBERRY2 | 3094979 | $1.77 | | |
| 7/2/2024 | ROOMS SALES TAX | TROSENBERRY2 | 3094979 | $16.60 | | |
| 7/2/2024 | OCCUPANCY TAX | TROSENBERRY2 | 3094979 | $20.16 | | |
| 7/3/2024 | COMMONS WINE | LINTR | 3095794 | $18.00 | | |
| 7/3/2024 | LIQUOR TAX | LINTR | 3095794 | $1.80 | | |
| 7/3/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3095795 | | ($19.80) | |
| 7/3/2024 | COMMONS TIPS | LINTR | 3095796 | $4.00 | | |
| 7/3/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3095797 | | ($4.00) | |
| 7/3/2024 | GUEST ROOM | TGRAY63 | 3096373 | $235.36 | | |
| 7/3/2024 | PHL HOSP. INVESTMENT LEVY | TGRAY63 | 3096373 | $1.77 | | |
| 7/3/2024 | ROOMS SALES TAX | TGRAY63 | 3096373 | $16.60 | | |
| 7/3/2024 | OCCUPANCY TAX | TGRAY63 | 3096373 | $20.16 | | |
| 7/4/2024 | COMMONS WINE | LINTR | 3097969 | $36.00 | | |
| 7/4/2024 | LIQUOR TAX | LINTR | 3097969 | $3.60 | | |
| 7/4/2024 | HILTON HONORS DAILY F& B CREDIT V24 - COMP | LINTR | 3097970 | | ($30.00) | |
| 7/4/2024 | COMMONS TIPS | LINTR | 3097971 | $4.00 | | |
| 7/4/2024 | GUEST ROOM | TGRAY63 | 3098626 | $235.36 | | |
| 7/4/2024 | PHL HOSP. INVESTMENT LEVY | TGRAY63 | 3098626 | $1.77 | | |
| 7/4/2024 | ROOMS SALES TAX | TGRAY63 | 3098626 | $16.60 | | |
| 7/4/2024 | OCCUPANCY TAX | TGRAY63 | 3098626 | $20.16 | | |
| | | WILL BE SETTLED TO ▮▮▮▮▮ | | | | $2,509.31 |
| | | EFFECTIVE BALANCE OF | | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com



All the best,

Mark

Begin forwarded message:

**From:** Onward Travel Solutions <sales@ots-system.net>
**Date:** 19 June 2024 at 15:44:33 GMT+1
**To:** mark@████ ███
**Subject: Booking OTS-19062024154258-13519-1**
**Reply-To:** Onward Travel Solutions <sales@ots-system.net>

The easiest way to change your journey is to **reply via e-mail**.

**Onward Travel Solutions Ltd**



## Journey Acknowledgement

### Important Message

We will allocate a driver to your booking within 24 hours (usually), then send your
*Journey Details & Pick Up Instructions* in a separate e-mail.

Your Sales Receipt will be with you shortly in a separate e-mail.

If you need to amend or cancel your journey reply to the e-mail. We normally
respond within 15 minutes.

### OTS-19062024154258-13519-1

#### Route

- **Flight Arriving:** Gatwick Airport, South Terminal
- **Drop Off:** Hilton Garden Inn London Heathrow Airport, Terminal 2, Longford,
  Hounslow TW6 1AH

| | |
|---|---|
| **Vehicle** | Saloon Car |
| **Lead Passenger** | Bunce M ████████ |
| **Passengers** | 2 |
| Luggage | Suitcases (3 x 23kg suitcases maximum) |

| Luggage | Suitcases (0 x Long suitcases maximum) |
|---|---|
| **Flight Arriving** | Tuesday 25th June 2024, 17:30pm |
| **Flight** | GR608 |
| **Arriving From** | Guernsey |

| Total | £76.00 |
|---|---|

## Additional Information

For all airport pick-ups, we book journeys in for the time the flight is *scheduled to land*. We then **allow all passengers 1 hour** from the time the flight actually lands to meet with their driver. After this initial period, waiting time is charged at £20/hour pro rata.

**We have noted that some passengers are taking longer than this**; therefore If you feel 1 hour isn't enough time for you to come through the airport, we can defer the driver's arrival (for example to 90 or 120 minutes *after landing*). If you request this, waiting time will start from the deferred pick up time instead and the standard 1 hour allowance *will not apply*. Please bear in mind if you come through the airport quicker than you expected, you may need to wait for the driver to arrive at the deferred time.

Prior to travel, you can request a deferred pick up by replying to this email, stating how many minutes after landing you'd like to be collected. We will add notes to your booking to this effect and acknowledge your request.

If you do not request a deferred time, we will assume you desire a 'standard' collection.

## Thank You For Your Booking

If the travelling passenger(s) are unaccompanied minors, or have specific care requirements, **you must notify us in advance** by replying to this e-mail; providing relevant details and emergency contact information for an appropriate carer or guardian.

## Check your Vehicle Size

If you have any concerns about the booked vehicle's suitability we recommend you double check using our vehicle calculator here.

We have access to a large fleet of vehicle sizes and types, so can usually accommodate any change in plan so long as sufficient notice is provided.

If you need to change your journey the easiest way is to reply via e-mail. We normally respond within 15 minutes.

If you have any queries or questions, please **reply to this e-mail** or start an online chat.

Web Chat                     www.airporttaxis-uk.co.uk                     E-mail Us

Onward Travel Solutions Ltd is a company registered in England and
Wales who specialise in providing pre-booked taxi and minibus transfers to
and from all major UK airports.

<u>+44 (0)2034788892</u>

**MANAGE NOTIFICATIONS**



All the best,

Mark

Begin forwarded message:

**From:** Onward Travel Solutions <sales@ots-system.net>
**Date:** 19 June 2024 at 15 44:39 GMT+1
**To:** mark@██████████
**Subject: Booking OTS-19062024154258-13519-2**
**Reply-To:** Onward Travel Solutions <sales@ots-system.net>

The easiest way to change your journey is to **reply via e-mail**.

**Onward Travel Solutions Ltd**



## Journey Acknowledgement

### Important Message

We will allocate a driver to your booking at least 48 hours prior to the journey start (usually), then send your *Journey Details & Pick Up Instructions* in a separate e-mail.

Your Sales Receipt will be with you shortly in a separate e-mail.

If you need to amend or cancel your journey reply to the e-mail. We normally respond within 15 minutes.

### OTS-19062024154258-13519-2

**Route**

- **Flight Arriving:** Heathrow Airport, Terminal 3
- **Drop Off:** Gatwick Airport, South Terminal

| **Vehicle** | Saloon Car |
|---|---|
| **Lead Passenger** | Bunce M /██████████ |
| **Passengers** | 2 |
| Luggage | Suitcases (3 x 23kg suitcases maximum) |

| | |
|---|---|
| ~~Luggage~~ | ~~Suitcases (8 x Long Suitcases maximum)~~ |
| **Flight Arriving** | Saturday 6th July 2024, 08:55am |
| **Flight** | VS158 |
| **Arriving From** | Boston |

| | |
|---|---|
| Total | £76.00 |

## Additional Information

For all airport pick-ups, we book journeys in for the time the flight is *scheduled to land*. We then **allow all passengers 1 hour** from the time the flight actually lands to meet with their driver. After this initial period, waiting time is charged at £20/hour pro rata.

**We have noted that some Heathrow passengers are taking longer than this;** therefore if you feel 1 hour isn't enough time for you to come through the airport, we can defer the driver's arrival (for example to 90 or 120 minutes *after landing*). If you request this, waiting time will start from the deferred pick up time instead and the standard 1 hour allowance *will not apply.* Please bear in mind if you come through the airport quicker than you expected, you may need to wait for the driver to arrive at the deferred time.

Prior to travel, you can request a deferred pick up by replying to this email, stating how many minutes after landing you'd like to be collected. We will add notes to your booking to this effect and acknowledge your request.

If you do not request a deferred time, we will assume you desire a 'standard' collection.

## Thank You For Your Booking

If the travelling passenger(s) are unaccompanied minors, or have specific care requirements, **you must notify us in advance** by replying to this e-mail; providing relevant details and emergency contact information for an appropriate carer or guardian.

## Check your Vehicle Size

If you have any concerns about the booked vehicle's suitability we recommend you double check using our vehicle calculator here.

We have access to a large fleet of vehicle sizes and types, so can usually accommodate any change in plan so long as sufficient notice is provided.

If you need to change your journey the easiest way is to reply via e-mail. We normally respond within 15 minutes.

___

If you have any queries or questions, please **reply to this e-mail** or start an online chat.

# USA TAXI's

...Merchant...
ID...
Contact #: (800) 448-3724

Mobile...system...com
Address: 11 11 34 mcs1
Tce... 11106

Philadelphia Intl
215 664 6666

...Debit Card sale####

Certified ... ...########
Merchant ID:            885
Entry Method:
Contact Free
#ID:      ######41010
APPL. Name:
Debit Mastercard
AID:
ID:   2193908B 8134508
Mode:              Issuer

TERMINAL              956
DRIVER            100273
FnB              PM030
PASSENGERS              1
DATE             771 24
START          07125105
END           08412106
TRIP            15442
Standard Rate 1
DISTANCE        19.42 m1
FARE R1        $58.95
SUB Total      $55.95
SRVC. FEE:      $2.50
TIP            $11.39
Fuel Surcharge    $1.00
TOTAL          $70.84
#SUBJECT TO VERIFICATION

MASTER CARD
AUTH              ACPKHA
TRN REF #:    102617798

RIDE ID:      514847279

CARDHOLDER ACKNOWLEDGES
RECEIPT OF FUNDS IN THE
AMOUNT OF THE TOTAL INDI
CATED AND AGREES TO PERF
ORM THE OBLIGATIONS OUTE
D IN THE CARDHOLDER'S AG
REEMENT WITH THE ISSUER

PIN VERIFIED
NO SIGNATURE REQUIRED
###################
PPA COMPLAINTS
215-683-9440

35.50

42.12

70.84



City Tap
100 N 18th St
Philadelphia, PA 19103



## Welcome to Misconduct Tavern

6/29/24, 3:16 PM                Ticket: 011
Server: AM Bar
Bar Table 18
Seat 1
Invoice: 240629-11-11
----------------------------------------

Credit Sale
Status:            000000 - Approved

Card Type:
Card Number:        ▆
Card Owner:         BUNCE/MARK
Entry Method:       Chip
Auth Code:          AHVAYA
APPLAB:
AID:                A0000000041010
TC:                 F898e5DC28D8AF62

AMOUNT                          43.50

TIP

TOTAL

Sign X          $52·20

I agree to pay the total amount above
according to the card issuer agreement.

Suggested Tips
15%=6.53 20%=8.70 25%=10.88

Duplicate Copy

## Thank you for visiting us!

© 2024 Heartland Payment Systems

Server: Dennis K
Check #75
Ordered:                        7/3/24 4:58 PM

Debit Card                      Contactless

Time                            5:48 PM

Transaction Type                Sale
Authorization                   Approved
Approval Code                   AGCJHV
Payment ID                      7mhX9zfc7wMX
Application ID                  A000000041010
Application Label
Card Reader                     BBPOS

Amount                          $35.08

+ Tip:

= Total:          $42.10

X

Suggested Tip:
20%: (Tip $7.02  Total $42.10)
22%: (Tip $7.72  Total $42.80)
25%: (Tip $8.77  Total $43.85)
Tip percentages are based on the check
price after taxes.

Customer Copy

Welcome Back! We missed you
CITY TAP LOGAN SQUARE!!

Thank you for joining us at
City Tap House Logan Square! We
look forward to seeing you
soon!

Veda
MODERN INDIAN BISTRO
— PHILLY —

Veda - Modern Indian Bistro
1920 Chestnut Street
Philadelphia, PA 19103
267-519-2001

| | |
|---|---|
| Server: Edwen V | |
| Check #36 | Table 44 |
| Guest Count: 2 | |
| Ordered: | 7/1/24 7:21 PM |
| Input Type | C (EMV Chip Read) |
| Debit Mastercard | [redacted] |
| Time | 8:14 PM |
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | AWUAZ8 |
| Payment ID | MryrTq9xrbkN |
| Application ID | A0000000041010 |
| Application Label | [redacted] |
| Terminal ID | |
| Card Reader | BBPOS |
| Amount | $78.16 |

Add a Tip:

[ ] 23%: (Tip $16.58 Total $94.72)
[ ] 21%: (Tip $15.12 Total $93.28)
[ ] 19%: (Tip $13.68 Total $91.84)

[ ] $________ $________
Custom Tip Total

93-28

X________________
MARK BUNCE

Join our loyalty program and earn 72 points for this order! Earn 1 point for every $1 spent and unlock $5 off every 50 points. By providing your contact information, you are agreeing to participate in the rewards program and be contacted by the restaurant.

________________
Phone Number

Customer Copy

Planning to Host a party with us

The Love
130 S 18th St
215 433 1555

| | |
|---|---|
| Server: Jonathan | 06/29/2024 |
| Cashier: Kenneth | |
| 205/1 | 2:01 PM |
| Guests: 2 | #50049 |
| Killer Tomato (2 @15.00) | 30.00 |
| Love City Unity (2 @10.00) | 20.00 |
| Fried Cauliflower | 17.00 |
| Green Bean Salad | 8.00 |
| Burrata | 18.00 |
| Subtotal | 93.00 |
| Tax | 8.44 |
| Total | 101.44 |
| Balance Due | 101.44 |

121.44

Thank You For Dining With Us!
<3 Peas, Love, and Happiness <3

Rouge
www.Rouge98.com

| | |
|---|---|
| Server: Kieran M | |
| Check #8 | Table 302 |
| Guest Count: 2 | |
| Ordered: | 7/1/24 12:27 PM |
| Debit Card | Contactless |
| Mastercard | [redacted] |
| Time | 1:17 PM |
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | ANOMCK |
| Payment ID | ..WyywlIjWpNz |
| Application ID | A0000000041010 |
| Application Label | [redacted] |
| Card Reader | |
| Amount | $87.20 |
| + Tip: | |
| Total: | |

104.20

X

Customer Copy

PARC
18th & Locust St.
Philadelphia, PA 19103
(215) 545-2262

Server: Musaybah                DOB: 06/29/2024
08:39 PM                            06/29/2024
Table 601/1                            9/90174

SALE

3145775

Magnetic card present: BUNCE MARK
Card Entry Method: S

Approval: AA9QSY

Amount:        $97.88

+ Tip: _____20-00_____

= Total: _____117.88_____

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

Call (215) 545-2262
Open Daily for Indoor and Outdoor Dining
Monday-Thursday   8am-10pm
Friday 8am-11pm
Saturday 9:30am-11pm
Sunday 9:30am-10pm

Guest Copy

The Love
130 S 18th St
215 433 1555

Server: Gregory                DOB: 06/30/2024
02:19 PM                           06/30/2024
204/1                                 5/50066

SALE

5242910

Magnetic card present: BUNCE MARK
Card Entry Method: S

Approval: A84FZO

Amount:        $105.88

+ Tip: _____

= Total:    126.98

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

Thank You For Dining With Us!
<3 Peas, Love, and Happiness <3

---RESTAURANT COPY---

## Cavanaughs Rittenhouse

1913 Sansom Street
Philadelphia, Pennsylvania 19103
2156659500
https://www.cavsrittenhouse.com

LET'S GO PHILLIES!!!!!!

### ORDER: 23 - Main Tables
### Dine In

Cashier: Bryan M.
02-Jul 2024 6:24:15P

| | | |
|---|---|---|
| 1 | Nachos Grande | $13.00 |
| | | Chili $5.00 |
| | | Add Guac $4.00 |

**Guest 1**
| 1 | Sam Adams Seasonal | $7.00 |
|---|---|---|

**Guest 2**
| 1 | Strongbow Can | $7.50 |
|---|---|---|

| **Subtotal** | | **$36.50** |
|---|---|---|

| LIQ Tax | 10% | $1.45 |
|---|---|---|
| Food Tax | 8% | $1.76 |
| **Total Taxes** | | **$3.21** |

**Total**   47.01   **$39.71**

ANY TAB LEFT OPEN AFTER 2AM WILL BE
CHARGED A 20% SERVICE CHARGE

Clover ID: 2IYBG5HD0Z4HP

Clover Privacy Policy
https://clover.com/privac.

---

The Love
130 S 18th St
215 433 1555

| Server: Dana | | DOB: 07/04/2024 |
|---|---|---|
| 08:43 PM | | 07/04/2024 |
| 407/1 | | 5/50050 |

SALE

MC                    5242918
Card
Magnetic card present: BUNCE MARK
Card Entry Method:  S

Approval: ASSIVS

Amount:    $206.28

+ Tip: _____

= Total: _____
10.28

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

Thank You For Dining With Us!
<J Peas, Love, and Happiness

Guest Copy



City Tap
100 N 18th St
Philadelphia, PA 19103

| Server: Nicole C | |
|---|---|
| Check #133 | Table 13 |
| Ordered: | 1/3/24 8:07 PM |

| Debit Card | Contactless |
|---|---|

| Time | 9:03 PM |
|---|---|
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | A9MUQJ |
| Payment ID | THn9jkHwhnCm |
| Application ID | A0000000041010 |
| Application Label | |
| Card Reader | BBPOS |

Amount                  $85.08

+ Tip:            17.02

= Total:         102 - 10

X

Suggested Tip:
20%: (Tip $17.02  Total $102.10)
22%: (Tip $18.72  Total $103.80)
25%: (Tip $21.27  Total $106.35)
Tip percentages are based on the check
price after taxes.

Customer Copy

Welcome Back! We missed you
CITY TAP LOGAN SQUARE!!

Thank you for joining us at
City Tap House Logan Square! We
look forward to seeing you
soon!

---

Rouge
www.Rouge98.com

Server: Justin T
Check #14           Table 307
Guest Count: 2
Ordered:    1/4/24 12:44 PM

Input Type
C (EMV Chip Read)
Debit

Time                  1:46 PM

Transaction Type        Sale
Authorization        Approved
Approval Code        AMUBBP
Payment Code    CNimblgWlfYcG
Application ID
A00000000041010
Application Label
Debit Mastercard
Terminal ID
Card Reader           BBPOS

Amount           $71.00

+ Tip:

Total:

96 20

X

Customer Copy

Thank you for visiting

Rouge
www.Rouge98.com

Server: Justin T
Check #25          Table 302
Guest Count: 2
Ordered:   6/28/24 1:24 PM

Input Type
             C (LMV Chip Read)

Time                  2:18 PM

Transaction Type        Sale
Authorization       Approved
Approval Code        AANS7B
Payment ID      YfdHNjcwgjKp
Application ID
              A0000000041010
Application Label

Terminal ID
Card Reader           BBPOS

       Amount       $82.88

       + Tip:

       = Total:      ~~~

X

Customer Copy

Instagram @98Rouge

Rouge
www.Rouge98.com

Server: Alyssa S
Check #17          Table 302
Guest Count: 2
Ordered:   6/27/24 1:02 PM

Input Type
             C (EMV Chip Read)

Time                  1:49 PM

Transaction Type        Sale
Authorization       Approved
Approval Code        79LMXP
Payment ID      MrzKmzg7zjHn
Application ID
              A0000000041010
Application Label

Terminal ID
Card Reader           BBPOS

       Amount       $60.88

       + Tip:

       = Total:      ~~~

X

       MARK BUNCE

Customer Copy

Instagram @98Rouge



## Welcome to Misconduct Tavern

6/30/24, 7:40 PM       **Ticket: D30**
Server: PM Bar
Bar Table 10
Seat 1
Invoice: 240630-11-30
-- - - ------ --- ------------------- --- ---- -------

Credit Sale
Status:         **000000 · Approved**

Card Type:
Card Number:
Card Owner:      **BUNCE/MARK**
Entry Method:   **Chip**
Auth Code:     **AGSNQL**
APPLAB:
AID:          **A0000000041010**
TC:          **10A9FCF736071106**

**AMOUNT**              **65.00**

**TIP**

**TOTAL**

**Sign X**

I agree to pay the total amount above
according to the card issuer agreement.

Suggested Tips
15%=9.75 20%=13.00 25%=16.25

Duplicate Copy

## Thank you for visiting us!

© 2024 Heartland Payment Systems

---

The Dandelion
'8th & Sansom
Philadelphia, PA 19103

Server: Elizabeth     DOB: 07/01/2024
08:38 PM               07/01/2024
EL 141/1                 2/20144

SALE

2097185

Magnetic card present: BUNCE MARK
Card Entry Method: S

Approval: ADZD3H

Amount:    $52.42

+ Tip:

= Total:

I agree to pay the above
amount according to the
card issuer agreement.

X

Join Us For Brunch
at The Dandelion!
Saturday and Sunday
From 10:00AM to 3:00PM
Cheers!

>> Customer Copy <<

**Monk's Cafe**
264 South 16th St. Phila, PA 19101
Phone: (215)545-7005 www.monkscafe.com

ORDER# 142
Cas M                    #  160

SALE       06/28/2024  19:27:48

CHK: 142         OID: 160
MID: 8843008793600S    TID:
CTYPE:             Entry: CHIP
AUTHC: A2JA4V       REF: 0111

Amount              18.60

Tip                 _____

Total               _____



X_____
Signature (BUNCE/MARK)

APPROVED - THANK YOU

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

** GUEST COPY **

---

**Monk's Cafe**
264 South 16th St. Phila, PA 19101
Phone: (215)545-7005 www.monkscafe.com

CHK# 151      TBL# 14
Candice              #  162

SALE       06/28/2024  20:52:35

CHK: 151         OID: 162
MID: 8843008793600S    TID:
CTYPE:             Entry: CHIP
AUTHC: AX05XB       REF: 0152

Amount              60.25

Tip                 12.00

Total               72.25

X_____
Signature (BUNCE/MARK)

APPROVED - THANK YOU

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

** MERCHANT COPY **



Log in  🛒 £3,029.38

**Flights to Boston**   From LHR   26 Jun - 05 Jul, 2026   2 people

🔍 Edit

## Flight summary

### ✈ London Heathrow to Boston

**Premium**
VS157   Airbus A330-900neo



| 26 Jun | 7h 45m | Direct | 26 Jun |
|---|---|---|
| **16:50** | | **19:35** |
| LHR | Flying with Virgin Atlantic | BOS |

### Baggage allowance per passenger

👜
Included
1 x 10kg hand baggage
23 x 36 x 56cm

🧳🧳
Included
2 x 23kg checked bag
90 x 75 x 43cm

Change flight

### ✈ Boston to London Heathrow

**Premium**
VS158   Airbus A330-900neo

### Price Summary

| Flights | £3,029.38 |
|---|---|
| Taxes, fees and charges | £1,403.38 |

| **Subtotal** | **£3,029.38** |
|---|---|

### Total to pay

# £3,029.³⁸

Total price for 2 people including taxes, fees,
charges and carrier imposed charges

Fare conditions   |   Key booking terms



| 05 Jul | 6h 45m | Direct | 06 Jul |
|--------|--------|--------|--------|
| **21:30** | | | **09:15** |
| BOS |  Flying with Virgin Atlantic | | LHR |

### Baggage allowance per passenger

🛍️
Included
1 x 10kg hand baggage
23 x 36 x 56cm
Change flight

🧳🧳
Included
2 x 23kg checked bag
90 x 75 x 43cm

### 🛍️ Baggage allowance explained

Number of bags shown is per person.

The baggage allowance for infants travelling on your lap (without their own seat) is 1 x 23kg checked bag, except in Economy Light where no baggage is included. A fully collapsible pushchair and car seat can be taken in addition to the free bag allowance. Gold members of our Flying Club can take one more free bag above the stated allowance.

Find out more about additional baggage allowances and special equipment (eg. sports gear).

