## Michael Kohler

**From:** Michael Kohler
**Sent:** Wednesday, February 18, 2026 9:01 AM
**To:** Raja Rajan
**Cc:** raja@rajanlawgroup.com; Laura Burnett; Tammy Prater
**Subject:** RE: Bunce v. Visual Technology Innovations; CAN: 2:23-cv-01740

There's nothing to discuss. The court ordered you pay Mr. Bunce $78,705.23.  That should be paid immediately.  If you don't believe Mr. Bunce's travel expenses of $10,519.50 were reasonable or necessary, then you can address that with the court, but that should not hold up the immediate payment up $78,705.23.  If payment is not received by Friday, then we will seek appropriate relief from the court and seek reimbursement of our attorneys' fees for having to do so.  Thank you.

**From:** Raja Rajan <raja@advisory-capital-solutions.com>
**Sent:** Tuesday, February 17, 2026 10:09 AM
**To:** Michael Kohler <Michael.Kohler@millermartin.com>
**Cc:** raja@rajanlawgroup.com; Laura Burnett <Laura.Burnett@millermartin.com>; Tammy Prater <Tammy.Prater@millermartin.com>; Raja Rajan <raja@advisory-capital-solutions.com>
**Subject:** Re: Bunce v. Visual Technology Innovations; CAN: 2:23-cv-01740

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Let's have a meet and confer conference before Thursday at 5. The expenses in my opinion are neither reasonable nor appropriate.
I'll work around your schedule -wed afternoon easier. Thursday all day.
Let me know.
Raja Rajan
*Sorry for any Typos-wrote it on my phone.*

On Feb 16, 2026, at 2:53 PM, Michael Kohler <Michael.Kohler@millermartin.com> wrote:

Mr. Rajan,

The Court sanctioned you in the amount of $78,705.23, plus Mr. Bunce's reasonable travel expenses, which total $10,519.50.  Full payment of $89,224.73 needs to be delivered immediately.  Attached are my firm's wire instructions.

Please confirm status of payment.

Thank you.

**Michael P. Kohler**









**d** (404) 962-6403
**f** (404) 962-6303
Suite 2100 | 1180 W Peachtree Street, NW | Atlanta, GA 30309



CONFIDENTIALITY NOTICE
The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Thank you.

**From:** Laura Burnett <Laura.Burnett@millermartin.com>
**Sent:** Monday, February 16, 2026 12:15 PM
**To:** raja@advisory-capital-solutions.com; raja@rajanlawgroup.com; raja@advisorycapitalsolutions.onmicrosoft.com
**Cc:** Michael Kohler <Michael.Kohler@millermartin.com>
**Subject:** Bunce v. Visual Technology Innovations; CAN: 2:23-cv-01740

Mr. Rajan – Attached please find Plaintiff Mark L. Bunce's Notice of Filing.

Please contact Mr. Kohler with any questions.

Best,
Laura

**Laura Burnett** - Ext. 6431
Paralegal
Atlanta