**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK L. BUNCE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| vs. | : | No. 2:23-cv-01740 |
| | : | |
| VISUAL TECHNOLOGY INNOVATIONS, INC., | : | District Judge Scott |
| | : | |
| | : | Magistrate Judge Hey |
| and | : | |
| | : | |
| MATHU G. RAJAN, | : | |
| | : | |
| Defendants. | : | |

## FINAL JUDGMENT

**AND NOW**, this ___ day of March, 2026, upon consideration of this Court's Memorandum Opinion and Order (ECF Nos. 180 and 181), this Court's Amended Order (ECF No. 196), Plaintiff's Motion for Entry of Final Judgment (ECF No. 216), this Court's Order on Plaintiff's Motion for Entry of Final Judgment (ECF No. [insert]) and the entire record of this case,

**IT IS ORDERED** that **FINAL JUDGMENT** is hereby **ENTERED** in favor of Plaintiff Mark L. Bunce and against Defendants Visual Technology Innovations, Inc. and Mathu G. Rajan, jointly and severally, in the amount of $1,020,000, plus pre-judgment interest in the amount of $366,597.32, on Count I (Breach of Contract) and Count II (Fraudulent Inducement) of the Complaint (ECF No. 1).

**BY THE COURT:**

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**