IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK L. BUNCE,                          :
                                        :
               Plaintiff,               :
                                        :      Civil Action
       vs.                              :      No. 2:23-cv-01740
                                        :
VISUAL TECHNOLOGY INNOVATIONS,          :      District Judge Scott
INC.,                                   :
                                        :      Magistrate Judge Hey
       and                              :
                                        :
MATHU G. RAJAN,                         :
                                        :
               Defendants.              :

---

## ORDER

---

**AND NOW**, this 19th day of March, 2026, upon consideration the Plaintiff's Motion for Entry of Final Judgment (ECF No. 216), this Court's Memorandum and Order (ECF Nos. 180 and 181), this Court's Amended Order (ECF No. 196), representations made by counsel, and the entire record of this case, **IT IS ORDERED** that Plaintiff's Motion for Entry of Final Judgment is **GRANTED.**  The Complaint (ECF No. 1) is amended to drop Count III (unjust enrichment), and a final judgment will be entered forthwith.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge