IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. BUNCE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 23-1740 |
| VISUAL TECHNOLOGY INNOVATIONS, | : | |
| INC., and MATHU RAJAN, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 25th day of March 2026, upon consideration of the March 11, 2026

Order directing Raja Rajan to post a supersedeas bond (ECF Doc. No. 214), and that Mr. Rajan

posted a $82,000.00 cash bond on March 25, 2026, it is hereby **ORDERED** that the Clerk of

Court is authorized to accept the $82,000.00 cash bond and deposit it into the Court's interest

Registry.

BY THE COURT:

HONORABLE KAI N. SCOTT
UNITED STATES DISTRICT JUDGE