**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK L. BUNCE | **:** | |
| *Plaintiff(s)* | **:** | |
| | **:** | |
| v. | **:** | **CIVIL NO. 23-1740** |
| | **:** | |
| VISUAL TECHNOLOGY INNOVATIONS, | **:** | |
| INC., et al. | **:** | |
| *Defendant(s)* | **:** | |

## NOTICE OF HEARING

A **HEARING PURSUANT TO FEDERAL CIVIL RULE 11** on Attorney Raja Rajan's

Response to the Court's March 11, 2026 Order to Show Cause (Doc. No. 215), is scheduled

to be held on **Monday, April 13, 2026,** at **11:00 am,** in **Courtroom 13B** before the

**Honorable Kai N. Scott**, United States Courthouse, 601 Market Street, Philadelphia, PA

19106.

      **Counsel for the Plaintiff is excused from appearing.  Attorney Raja Rajan is directed to appear.**

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Courtroom Deputy to the
Honorable Kai N. Scott
United States District Court Judge

**Date of Notice: March 26, 2026**

Copies sent via ECF Notification
And email and regular mail to:
Raja Rajan, Esq.
Rajan Law Group
P.O. Box 3753
Cherry Hill, NJ 08034
Email: raja@advisory-capital-solutions.com