### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. BUNCE. | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **CIVIL NO. 23-1740** |
| | : | |
| VISUAL TECHNOLOGY INNOVATIONS, | : | |
| INC., and MATHU RAJAN | | |
| *Defendants.* | : | |
| | : | |

### <u>ORDER</u>

**AND NOW**, this **20th** day of **April 2026**, upon consideration of the Court's Order to Show Cause (ECF No. 214), Mr. Raja Rajan's Response to the Order to Show Cause (ECF No. 215), Mr. Rajan's Omnibus Motion (ECF No. 210), Mr. Rajan's Motion to Stay (ECF No. 211), Plaintiffs Response (ECF No. 212), and Mr. Rajan's Reply (ECF No. 213), it is hereby **ORDERED** under Fed. R. Civ. P. 11(b)(2) and 11(c)(3) that Mr. Rajan shall:

1. Pay a $5,000 penalty to the Clerk of Court **within thirty (30) days** of this Order being docketed.

2. Complete, **within six (6) months** of the date this Order is docketed, three (3) additional hours of Continuing Legal Education ("CLE") pertaining to artificial intelligence and legal ethics.

3. Provide to the Court, **within thirty (30)** days of this Order being docketed, a certified record of every CLE course he has taken to date pertaining to artificial intelligence and legal ethics, as provided by the Pennsylvania Continuing Legal Education Board.

BY THE COURT:

_____

HON. KAI N. SCOTT
United States District Court Judge