**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARK L. BUNCE** | : |
| | : |
| | : |
| | : |
| *Plaintiff(s)* | : |
| | : |
| v. | : **CIVIL NO.  23-1740** |
| | : |
| **VISUAL TECHNOLOGY INNOVATIONS,** | : |
| **INC. et al** | : |
| *Defendant(s)* | : |

**ORDER**

**AND NOW,** this **27th** day of **April, 2026**, upon consideration of Defendant Mathu G.

Rajan's Notice of Appeal (ECF No. 228) and Motion for Stay of Judgment Pending Appeal (ECF

No. 229) ("Motion"), it is hereby **ORDERED** that Mr. Rajan shall submit supplemental briefing

no later than **Monday**, **May 4, 2026**, detailing this Court's jurisdiction to rule on the Motion

during the pendency of the appeal.

                                    **BY THE COURT:**


                                    _/S/ Kai N. Scott_____
                                    **HON. KAI N. SCOTT**
                                    **United States District Court Judge**