### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK L. BUNCE                            :
                                         :
                                         :
            *Plaintiff(s)*                :
                                         :
      v.                                 :   CIVIL NO.  23-1740
                                         :
VISUAL TECHNOLOGY INNOVATIONS,   :
INC. et al                               :
            *Defendant(s)*                :

### ORDER

**AND NOW,** this **18th** day of **May 2026**, upon consideration of Defendant Mathu G.

Rajan's Notice of Appeal (ECF No. 228), Motion to Stay Judgment Pending Appeal (ECF No.

229) ("Motion"), Response in Support of the Motion (ECF No. 234), and Plaintiff's Response in

Opposition to the Motion (ECF No. 235), it is hereby **ORDERED** that the Motion is **DENIED**.  It

is **FURTHER ORDERED** Defendant Rajan shall comply with the terms of the **FINAL**

**JUDGMENT ENTERED** by this Court on March 19, 2026 (ECF No. 219).

                              BY THE COURT:

                              _____
                              HON. KAI N. SCOTT
                              **United States District Court Judge**