**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK L. BUNCE,<br><br>*Plaintiff,*<br><br>v.<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC.,<br><br>-and-<br><br>MATHU G. RAJAN,<br><br>*Defendants.* | C.A. No. 2:23-cv-01740 KNS |

**[PROPOSED] ORDER**

Upon consideration of Lewis Brisbois Bisgaard & Smith, LLP's Motion to Withdraw as Counsel for Appellants Visual Technology Innovations, Inc. and Mathu G. Rajan and To Stay and Extend the Response Date to Plaintiff's Motion for Leave to Register Judgment in Other Districts, and the arguments made in support and in response thereto (if any); **IT IS HEREBY ORDERED**, this _______ day of _____________, 2026, that: The Motion is granted and Lewis Brisbois Bisgaard & Smith, LLP may withdraw from this case. **IT IS FURTHER ORDERED** and **DECREED** that Defendant's Response to the Motion for Leave to Register

Judgment in Other Districts is extended fourteen (14) days from the date of this Order.

**BY THE COURT:**

______________________________
**HON. KAI N. SCOTT**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK L. BUNCE,<br><br>*Plaintiff*,<br><br>v.<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC.,<br><br>-and-<br><br>MATHU G. RAJAN,<br><br>*Defendants*. | C.A. No. 2:23-cv-01740 KNS |

**MOTION OF LEWIS BRISBOIS BISGAARD & SMITH, LLP TO WITHDRAW AS COUNSEL FOR APPELLANTS VISUAL TECHNOLOGY INNOVATIONS, INC. AND MATHU G. RAJAN AND TO STAY AND EXTEND DEFENDANT'S RESPONSE DATE TO PLAINTIFF'S MOTION FOR LEAVE TO REGISTER JUDGMENT IN OTHER DISTRICTS**

Lewis, Brisbois, Bisgaard & Smith, LLP ("Lewis Brisbois") hereby files this Motion to Withdraw as Counsel for Appellants Visual Technology Innovations, Inc. ("VTI") and Mathu G. Rajan ("Mr. Rajan") (collectively, the "Appellants"), and in support thereof state as follows:

1. Lewis Brisbois, specifically former attorney Rafael X. Zahralddin-Aravena ("Mr. Zahralddin"), was retained by Appellants for legal representation in the above-captioned case.

2. On January 5, 2026, the undersigned counsel for Lewis Brisbois filed an Entry of Appearance to represent Appellants VTI and Mr. Rajan in the above-captioned matter.

3. On April 20, 2026, Lewis Brisbois, by and through, Patrick C. Campbell, Jr. Esquire filed a Notice of Appeal on behalf of Defendant's/ Appellants to the United States Court of Appeals for the Third Circuit.

4. Lewis Brisbois, by and through Patrick C. Campbell, Esquire filed a Motion to Withdraw as counsel in the Third Circuit which was granted on October 27, 2026 (See Order granting Motion to Withdraw attached hereto as Exhibit "A").

5. Prior to the Third Circuit's Order granting the Motion to Withdraw, new counsel for Defendant's/ Appellant's, Thomas A. Valdez, Esquire entered his Appearance in the Third Circuit on October 15, 2026. (See Entry of Appearance attached hereto as Exhibit "B").

6. Lewis Brisbois, by and through the undersigned counsel, now seeks to withdraw as counsel for Defendant's primarily due to the fact that Lewis Brisbois has had an issue develop related to the professional relationship between Defendant's and Lewis Brisbois which we would prefer remain confidential but

which warrants Lewis Brisbois and the undersigned's withdraw as counsel. We would be prepared to show the Court *in camera* the nature of the issue for which Lewis Brisbois respectfully represents warrants approval of this Motion.

7. Without waiver, Mr. Rajan has been informed of Lewis Brisbois' intent to file this Motion and will have adequate Notice to obtain new counsel if this Honorable Court grants the Motion and the requested Stay and Extension.

8. A response to Plaintiff's Motion for Leave to Register Judgment in Other Districts (Doc. No. 242) is currently due on November 19th, but if that schedule is Stayed and extended by fourteen (14) days as requested, prejudice does not exist for the undersigned counsel and Lewis Brisbois to withdraw.

WHEREFORE, for the foregoing reasons, the undersigned counsel and Lewis Brisbois respectfully requests this Honorable Court to grant this Motion and permit Lewis Brisbois to withdraw as counsel for Defendants VTI and Mr. Rajan in this case and to enter an Order in the form attached.

Dated: November 17, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Lee J. Janiczek*
Lee J. Janiczek (PA#68433)
Lee.Janiczek@LewisBrisbois.com
565 E. Swedesford Road, Suite 303
Wayne, PA 19087
(215) 977-4100
*Counsel for Defendants Visual Technology Innovations, Inc. and Mathu G. Rajan*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK L. BUNCE,<br><br>*Plaintiff,*<br><br>v.<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC.,<br><br>-and-<br><br>MATHU G. RAJAN,<br><br>*Defendants.* | C.A. No. 2:23-cv-01740 KNS |

**CERTIFICATE OF SERVICE**

I, Lee J. Janiczek, Esquire hereby certify that on this 17th day of November, 2026, a true and correct copy of the foregoing ***Motion of Lewis Brisbois Bisgaard & Smith, LLP to Withdraw as Counsel for Defendants Visual Technology Innovations, Inc., and Mathu G. Rajan and Motion to Stay and Extend***, was served via CM/ECF upon all counsel of record and on Defendant's via Electronic Mail.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Lee J. Janiczek,*

Lee J. Janiczek, Esquire
565 E. Swedesford Road, Suite 303
Wayne, PA 19087
(215) 977-4100
Lee.Janiczek@LewisBrisbois.com