**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK L. BUNCE,<br><br>Plaintiff,<br><br>vs.<br><br>VISUAL TECHNOLOGY INNOVATIONS, INC.<br><br>and<br><br>MATHU G. RAJAN,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br>No. 2:23-cv-01740 |

## <u>STATUS REPORT</u>

After conferring with counsel for Defendants Visual Technology Innovations, Inc. and Mathu G. Rajan, counsel for Plaintiff Mark L. Bunce is authorized to make the below announcement in this action:

**1. Is the case ready for trial? If not, why not?**

<u>Defendants' Position</u>: Judgment has been entered.

**2. What discovery has been completed and what remains to be done?**

<u>Defendants' Position</u>: Judgment has been entered.

**3. Will the parties benefit from a settlement conference? If so, when will you be ready?**

<u>Defendants' Position</u>: No. Judgment has been entered.

**4. Do the parties consent to the jurisdiction of a magistrate judge?**

<u>Defendants' Position</u>: No.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Lee J. Janiczek*

Lee J. Janiczek (#68433)
565 E. Swedesford Road, Suite 303
Wayne, PA 19087
(215) 977-4100
Lee.Janiczek@LewisBrisbois.com

*Counsel for Defendants Visual Technology Innovations, Inc. and Mathu G. Rajan*