**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARK L. BUNCE** <br><br> *Plaintiff(s)* <br><br> v. <br><br> **VISUAL TECHNOLOGY INNOVATIONS, INC. et al** <br> *Defendant(s)* | : | **CIVIL NO. 23-1740** |

**ORDER**

**AND NOW,** this **19th** day of **November 2026**, upon consideration of Plaintiff's Motion for Leave to Register Judgment in Other Districts (ECF No. 242), Defendant's Emergency Motion for Stay of Execution (ECF No. 249), Mr. Leroy Janiczek's Motion to Withdraw as Counsel (ECF No. 243), the Status Report filed by Mr. Janiczek (ECF No. 245), the representations made by counsel during the Status Conference held on November 19, 2026, and Mr. Janiczek's Oral Motion to Strike the Status Report,[1] it is hereby **ORDERED** as follows:

1. The Parties must, by **December 4, 2026**, brief the issue of whether this Court has jurisdiction over the Motion for Leave to Register Judgment in Other Districts (ECF No. 242) and the Emergency Motion for Stay of Execution (ECF No. 249) while Defendant's appeal of the Judgment is pending (*see* ECF Nos. 227, 228). The Court will accept letter briefs.
2. Mr. Janiczek's Motion to Withdraw as Counsel (ECF No. 243) is **GRANTED**. The Clerk of Court shall **TERMINATE** Mr. Janiczek's appearance on the docket.
3. Mr. Janiczek's Oral Motion to Strike the Status Report (ECF No. 245) is **GRANTED**.

[1] During the referenced Status Conference, Mr. Janiczek requested that, due to Mr. Rajan's change in counsel, the Court strike the Status Report from the record.

The Clerk of Court shall **STRIKE** the Status Report from the record.

**BY THE COURT:**

**HON. KAI N. SCOTT**
**United States District Court Judge**