**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARK L. BUNCE** | : | |
| | : | |
| ***Plaintiff(s)*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 23-1740** |
| | : | |
| **VISUAL TECHNOLOGY INNOVATIONS, INC. et al** | : | |
| ***Defendant(s)*** | : | |

**O R D E R**

**AND NOW,** on the **19th day** of **NOVEMBER 2026,** upon consideration of the Motion for the Admission *Pro Hac Vice* of **BOK JUNG LEE Esquire** to appear on behalf of the **defendant** in the above action (Doc. No. 247), it is **ORDERED** that the Motion (Doc. No.247) is **GRANTED**. **BOK JUNG LEE is** admitted to practice before this Court *pro hac vice* as counsel on behalf of **MATHU G. RAJAN** in this matter only.

**BY THE COURT:**

/S/ Kai N. Scott

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**